CAUSE NO. 2026-05947

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL, JSC,<br>PHUNG BACH DOAN, ESTHER K. LE,<br>THANH NGA T. TRAN,<br>PRISCILLA T. LE, TAI VAN PHAM aka<br>TONY PHAM, and JOHN NGUYEN<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF<br><br><br><br><br><br>HARRIS COUNTY, TEXAS<br><br><br><br><br><br><br><br>164TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF THIS COURT:

**COME NOW**, Defendants ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, and JOHN NGUYEN (collectively, "Defendants"), and file this Original Answer and General Denial to Plaintiff NGUYEN THANH TU's Original Petition and would respectfully show the Court as follows:

1

## I. GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants deny each and every allegation contained in Plaintiff's Original Petition, and they demand strict proof thereof by a preponderance of the evidence.

Defendants reserve the right to amend this Answer to assert additional affirmative defenses as they may become apparent through discovery.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully pray that Plaintiff take nothing by his suit, that the Court dismiss Plaintiff's claims with prejudice, that Defendants be awarded their costs and reasonable attorney's fees, and for such other and further relief, both at law and in equity, to which Defendants may be justly entitled.

Dated: February 13, 2026                    Respectfully submitted,

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**THE TAMMY TRAN LAW FIRM**

By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403

**COUNSELS FOR DEFENDANTS**
ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, and JOHN NGUYEN

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**

3