CAUSE NO. 2026-05947

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § § | |
| v. | § § | |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN | § § § § § § § § § § § § | HARRIS COUNTY, TEXAS |
| *Defendants.* | § | 164TH JUDICIAL DISTRICT |

**DEFENDANT TAI VAN PHAM aka TONY PHAM'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF HIS COURT:

**COME NOW**, Defendant TAI VAN PHAM aka TONY PHAM (collectively, "Defendant"), and files this Original Answer and General Denial to Plaintiff NGUYEN THANH TU's Original Petition and would respectfully show the Court as follows:

**I. GENERAL DENIAL**

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every allegation contained in Plaintiff's Original Petition, and he demands strict proof thereof by a preponderance of the evidence.

Defendant reserves the right to amend this Answer to assert additional affirmative

1

defenses as they may become apparent through discovery.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully prays that Plaintiff take nothing by his suit, that the Court dismiss Plaintiff's claims with prejudice, that Defendant be awarded his costs and reasonable attorney's fees, and for such other and further relief, both at law and in equity, to which Defendant may be justly entitled.

Dated: February 13, 2026                  Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com
**COUNSEL FOR DEFENDANT**
TAI VAN PHAM aka TONY PHAM

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: */s/ Gary M. Polland*
**Gary M. Polland**