| HCDistrictclerk.com | NGUYEN, TU (A/K/A TU NGUYEN) vs. ATUTA INC (D/B/A PHO BOLSA TV) | 2/14/2026 |
|---|---|---|

Cause: 202605947    CDI: 7    Court: 164

**EXHIBIT D**

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 1/29/2026 | **Court** | 164th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 12) |
| **Case (Cause) Status** | Active - Civil | | HOUSTON, TX 77002 |
| **Case (Cause) Type** | Defamation | | Phone:8329272380 |
| **Next/Last Setting Date** | N/A | **JudgeName** | C. ELLIOTT THORNTON |
| **Jury Fee Paid Date** | N/A | **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| NGUYEN, TU (A/K/A TU NGUYEN) | PLAINTIFF - CIVIL | | TURNER, BRIAN ALAN |
| ATUTA INC (D/B/A PHO BOLSA TV) | DEFENDANT - CIVIL | | |
| LAN, VU HOANG | DEFENDANT - CIVIL | | |
| 9550 BOLSA AVE STE 228, WESTMINSTER, CA 92683 | | | |
| ANDREW LE TV | DEFENDANT - CIVIL | | |
| LE, ANDREW | DEFENDANT - CIVIL | | |

| | |
|---|---|
| 17759 TOIYABE ST, FOUNTAIN VALLEY, CA 92708 | |
| PREMIERLINE GROUP LLC | DEFENDANT - CIVIL |
| HO, TUAN THANH (A/K/A ANTHONY TUAN HO) | DEFENDANT - CIVIL |
| 11363 SNOWDROP AVE, FOUNTAIN VALLEY, CA 92708 | |
| HGP USA CORP | DEFENDANT - CIVIL |
| HOANG GIA PEARL, JSC | DEFENDANT - CIVIL |
| DOAN, PHUNG BACH | DEFENDANT - CIVIL |
| 11363 SNOWDROP AVE, FOUNTAIN VALLEY, CA 92708 | |
| LE, ESTHER K | DEFENDANT - CIVIL |
| 17759 TOIYABE ST, FOUNTAIN VALLEY, CA 92708 | |
| TRAN, THANH NGA T | DEFENDANT - CIVIL |
| 17759 TOIYABE ST, FOUNTAIN VALLEY, CA 92708 | |
| LE, PRISCILLA T | DEFENDANT - CIVIL |
| 17759 TOIYABE ST, FOUNTAIN VALLEY, CA 92708 | |
| PHAM, TONY | DEFENDANT - CIVIL |
| 435 DENVER AVE, KANSAS CITY, MO 74124 | |
| NGUYEN, JOHN | DEFENDANT - CIVIL |
| 2540 NORTHLAKE DRIVE, GRAND PRAIRIE, TX 75054 | |
| TU NGUYEN | PLAINTIFF - CIVIL |
| ANDREW LE TV MAY BE SERVED THROUGH ITS REGISTERED AGENT | REGISTERED AGENT |
| 17759 TOIYABE ST, FOUNTAIN VALLEY, CA 92708 | |
| ATUTO INC (D/B/A PHO BOLSA TV) MAY BE SERVED THROUGH ITS REGISTERED | REGISTERED AGENT |
| 9550 BOLSA AVE STE 228, WESTMINSTER, CA 92683 | |
| PREMIERLINE GROUP LLC MAY BE SERVED THROUGH ITS CHIEF EXECUTIVE | REGISTERED AGENT |
| 17759 TOIYABE ST, FOUNTAIN VALLEY, CA 92708 | |
| HGP USA CORP MAY BE SERVED THROUGH JOHN NGUYEN | REGISTERED AGENT |
| 2540 NORTHLAKE DRIVE, GRAND PRAIRIE, TX 75054 | |
| HOANG GIA PEARL JSC MAY BE SERVED THROUGH ITS DIRECTOR | REGISTERED AGENT |
| 2540 NORTHLAKE DRIVE, GRAND PRAIRIE, TX 75054 | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/29/2026 | ORIGINAL PETITION | | | 0 | | TURNER, BRIAN ALAN | NGUYEN, TU (A/K/A TU NGUYEN) |

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2026 | ORIGINAL PETITION | | 0 | TURNER, BRIAN ALAN | TU NGUYEN |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ANDREW LE TV MAY BE SERVED THROUGH ITS REGISTERED AGENT | 1/29/2026 | 2/9/2026 | | | | 74608448 | E-MAIL |
| | | | 17759 TOIYABE ST FOUNTAIN VALLEY CA 92708 | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ATUTO INC (D/B/A PHO BOLSA TV) MAY BE SERVED THROUGH ITS REGISTERED | 1/29/2026 | 2/9/2026 | | | | 74608451 | E-MAIL |
| | | | 9550 BOLSA AVE STE 228 WESTMINSTER CA 92683 | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | PREMIERLINE GROUP LLC MAY BE SERVED THROUGH ITS CHIEF EXECUTIVE | 1/29/2026 | 2/9/2026 | | | | 74608458 | E-MAIL |
| | | | 17759 TOIYABE ST FOUNTAIN VALLEY CA 92708 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HGP USA CORP MAY BE SERVED THROUGH JOHN NGUYEN | 1/29/2026 | 2/9/2026 | | | | 74608461 | E-MAIL |
| | | | 2540 NORTHLAKE DRIVE GRAND PRAIRIE TX 75054 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HOANG GIA PEARL JSC MAY BE SERVED THROUGH ITS DIRECTOR | 1/29/2026 | 2/9/2026 | | | | 74608463 | |
| | | | 2540 NORTHLAKE DRIVE GRAND PRAIRIE TX 75054 | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | LE, ANDREW | 1/29/2026 | 2/9/2026 | | | | 74608467 | E-MAIL |
| | | | 17759 TOIYABE ST FOUNTAIN VALLEY CA 92708 | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | LAN, VU HOANG | 1/29/2026 | 2/9/2026 | | | | 74608468 | E-MAIL |
| | | | 9550 BOLSA AVE STE 228 WESTMINSTER CA 92683 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | NGUYEN, JOHN | 1/29/2026 | 2/9/2026 | | | | 74608469 | E-MAIL |

2540 NORTHLAKE DRIVE GRAND PRAIRIE TX 75054

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | LE, PRISCILLA T | 1/29/2026 | 2/9/2026 | | 74608471 | E-MAIL |

17759 TOIYABE ST FOUNTAIN VALLEY CA 92708

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | TRAN, THANH NGA T | 1/29/2026 | 2/9/2026 | | 74608473 | E-MAIL |

17759 TOIYABE ST FOUNTAIN VALLEY CA 92708

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | PHAM, TONY | 1/29/2026 | 2/9/2026 | | 74608477 | E-MAIL |

435 DENVER AVE KANSAS CITY MO 74124

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | DOAN, PHUNG BACH | 1/29/2026 | 2/9/2026 | | 74608478 | E-MAIL |

11363 SNOWDROP AVE FOUNTAIN VALLEY CA 92708

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | LE, ESTHER K | 1/29/2026 | 2/9/2026 | | 74608480 | E-MAIL |

17759 TOIYABE ST FOUNTAIN VALLEY CA 92708

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HO, TUAN THANH (A/K/A ANTHONY TUAN HO) | 1/29/2026 | 2/9/2026 | | 74608481 | E-MAIL |

11363 SNOWDROP AVE FOUNTAIN VALLEY CA 92708

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 124988340 | Request for Issuance of Citation - Andrew Le | | 02/06/2026 | 1 |
| 124988361 | Request for Issuance of Citation - Andrew Le TV | | 02/06/2026 | 1 |
| 124988391 | Request for Issuance of Citation - Lan | | 02/06/2026 | 1 |
| 124988516 | Request for Issuance of Citation - Atuto | | 02/06/2026 | 1 |
| 124988717 | Request for Issuance of Citation - Premierline | | 02/06/2026 | 1 |
| 124990136 | Request for Issuance of Citation -HGP USA Corp | | 02/06/2026 | 1 |
| ·> 124990145 | Request for Issuance of Citation -Anthony Tuan Ho | | 02/06/2026 | 1 |
| ·> 124990143 | Request for Issuance of Citation -Doan | | 02/06/2026 | 1 |
| ·> 124990144 | Request for Issuance of Citation -Esther K. Le | | 02/06/2026 | 1 |
| ·> 124990137 | Request for Issuance of Citation -HGP, JSC | | 02/06/2026 | 1 |
| ·> 124990138 | Request for Issuance of Citation -Nguyen | | 02/06/2026 | 1 |
| ·> 124990139 | Request for Issuance of Citation -Priscilla T. Le | | 02/06/2026 | 1 |
| ·> 124990141 | Request for Issuance of Citation -Than T. Tran | | 02/06/2026 | 1 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 124990142 | Request for Issuance of Citation -Tony Pham | | 02/06/2026 | 1 |
| restricted | Plaintiffs Original Petition | | 01/29/2026 | 23 |
| ·> 124839892 | Exhibit A | | 01/29/2026 | 4 |
| ·> 124839893 | Exhibit B | | 01/29/2026 | 3 |
| ·> 124856562 | Exhibit D | | 01/29/2026 | 6 |