EXHIBIT
E1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL, JSC,<br>PHUNG BACH DOAN, ESTHER K. LE,<br>THANH NGA T. TRAN,<br>PRISCILLA T. LE, TAI VAN PHAM aka<br>TONY PHAM, and JOHN NGUYEN<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:26-CV-1218 |

**JOINT CONSENT OF DEFENDANTS TO REMOVAL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

COME NOW, Defendants ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG

LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP,

LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, PHUNG

BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, and JOHN

NGUYEN (collectively, "Defendants"), and file their Joint Consent to Removal, and

would respectfully show the Court as follows:

Defendants have filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the 164th Judicial District Court of Harris County, Texas, Cause No. 2026-05947, to this Honorable Court.

Defendants hereby expressly consent to and join in the removal of this action to the United States District Court for the Southern District of Texas, as initiated by An Thien Le a/k/a Andrew Le.

Their consent is timely and is made in accordance with 28 U.S.C. § 1446(b)(2)(A), which provides that "all defendants who have been properly joined and served must join in or consent to the removal of the action."

By filing this Express Joint Consent, **DEFENDANTS** do not waive any defenses, including but not limited to those available under Federal Ruic of Civil Procedure 12(b), and further expressly reserves all rights to challenge personal jurisdiction, venue, service of process, or to seek any other appropriate relief.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, **DEFENDANTS** respectfully request that this Court accept its written consent to join in the removal filed by Defendants, and that this action proceed in federal court, together with such other and further relief to which it may be justly entitled.

Dated: February 14, 2026          Respectfully submitted,

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403

**COUNSELS FOR DEFENDANTS**
ATUTA, INC. d/b/a PHO BOLSA TV, VU
HOANG LAN, ANDREW LE TV, AN
THIEN LE aka ANDREW LE,
PREMIERLINE GROUP, LLC., TUAN
THANH HO, HGP USA CORP., HOANG
GIA PEARL, JSC, PHUNG BACH DOAN,
ESTHER K. LE, THANH NGA T. TRAN,
PRISCILLA T. LE, and JOHN NGUYEN

3

**APPROVED:**

**ATUTA, INC. d/b/a PHO BOLSA TV**
By:

_____

_LAN VU_ , _OWNER_
Printed Name and Title

**VU HOANG LAN, Individual**
By:

_____

_LAN VU_
Printed Name and Title

**ANDREW LE TV**
By:

_____

_AL Thien Le_ , _Owner_
Printed Name and Title

**AN THIEN LE aka ANDREW LE, Individual**
By:

_____

Printed Name and Title
_Le, An Thien_

**PREMIERLINE GROUP, LLC.**
By:

_____

Printed Name and Title
_Le, An Thien, Manager_

4

**TUAN THANH HO, Individual**

By:

_____

Printed Name and Title

Ho, Thanh, Tuan

**HGP USA CORP.**

By:

_____

Ho, Thanh Tuan, Owner

Printed Name and Title

**HOANG GIA PEARL, JSC**

By:

_____

Printed Name and Title

HO, Thanh Tuan, Consultant

**PHUNG BACH DOAN, Individual**

By:

_____

Printed Name and Title

Bach Phung Doan

Printed Name and Title

_____

5

**ESTHER K. LE, Individual**
By:

Printed Name and Title   _Esther Le_

**THANH NGA T. TRAN, Individual**
By:

Printed Name and Title

_Tran, Thanh Nga Thi_

**PRISCILLA T. LE, Individual**
By:

Printed Name and Title   _Priscilla Le_

**JOHN NGUYEN, Individual**
By:

_John Nguyen_
Printed Name and Title

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 14, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**