**EXHIBIT**

**E2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **a/k/a TU NGUYEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:26-CV-1218** |
| | § | |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** | § | |
| **VU HOANG LAN, ANDREW LE TV,** | § | |
| **AN THIEN LE aka ANDREW LE,** | § | |
| **PREMIERLINE GROUP, LLC.,** | § | |
| **TUAN THANH HO, HGP USA CORP.,** | § | |
| **HOANG GIA PEARL, JSC,** | § | |
| **PHUNG BACH DOAN, ESTHER K. LE,** | § | |
| **THANH NGA T. TRAN,** | § | |
| **PRISCILLA T. LE, TAI VAN PHAM aka** | § | |
| **TONY PHAM, and JOHN NGUYEN** | § | |
| | § | |
| *Defendants.* | § | |

## CONSENT OF TAI VAN PHAM aka TONY PHAM

**TO THE HONORABLE JUDGE OF THIS COURT:**

COME NOW, Defendant TAI VAN PHAM aka TONY PHAM (collectively,

"Defendant"), and file his Consent to Removal, and would respectfully show the

Court as follows:

Defendant AN THIEN LE aka ANDREW LE has filed a Notice of Removal

pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the 164th

Judicial District Court of Harris County, Texas, Cause No. 2026-05947, to this Honorable Court.

Defendant TAI VAN PHAM aka TONY PHAM hereby expressly consents to and joins in the removal of this action to the United States District Court for the Southern District of Texas, as initiated by An Thien Le a/k/a Andrew Le.

This consent is timely and is made in accordance with 28 U.S.C. § 1446(b)(2)(A), which provides that "all defendants who have been properly joined and served must join in or consent to the removal of the action."

By filing this Express Joint Consent, DEFENDANT TAI VAN PHAM aka TONY PHAM does not waive any defenses, including but not limited to those available under Federal Ruic of Civil Procedure l2(b), and further expressly reserves all rights to challenge personal jurisdiction, venue, service of process, or to seek any other appropriate relief.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, DEFEENDANT TAI VAN PHAM aka TONY PHAM respectfully requests that this Court accept its written consent to join in the removal filed by Defendant AN THIEN LE aka ANDREW LE, and that this action proceed in federal court, together with such other and further relief to which it may be justly entitled.

2

Dated: February 14, 2026        Respectfully submitted,

/s/ *Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com
**COUNSEL FOR DEFENDANT**
TAI VAN PHAM aka TONY PHAM

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: /s/ *Gary M. Polland*
**Gary M. Polland**

**APPROVED:**

**TAI VAN PHAM aka TONY PHAM**
**By:**

_Tony Pham_
Tony Pham
Printed Name and Title

3