**EXHIBIT F1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:26-CV-1218 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN | § § § § § § § § § § § § | |
| *Defendants.* | § | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT ATUTA, INC. d/b/a PHO BOLSA TV**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ATUTA, INC. d/b/a PHO BOLSA TV certifies that ATUTA, INC. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

ATUTA, INC. d/b/a PHO BOLSA TV states that Defendant Lan Hoang Vu is the owner of ATUTA, INC. and, as such, has a direct financial interest in the outcome of this litigation.

1

| | |
|---|---|
| Dated: February 14, 2026 | Respectfully submitted, |

                                             **THE KELLEY LAW FIRM**

                                             By: */s/ Lloyd E. Kelley*

                                             **Lloyd E. Kelley**

Texas Bar No. 11203180

kelley@lloydekelley.com

2726 Bissonnet, Suite 240 PMB 12

Houston, Texas 77005

Tel:(281) 492-7766

Fax:(281) 652-5973

**THE TAMMY TRAN LAW FIRM**

By: */s/ Minh-Tam Tran*

**MINH-TAM TRAN**

Texas State Bar No. 20186400

ttran@tt-lawfirm.com

4900 Fournace Place #418

Bellaire, Texas 77401

Tel: (713) 655-0737

Mobile: (832) 372-4403

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

                                             By: */s/ Lloyd E. Kelley*
                                             **Lloyd E. Kelley**