**EXHIBIT F3**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:26-CV-1218 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN | § § § § § § § § § § § § § | |
| *Defendants.* | § | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT HGP USA CORP**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant HGP USA CORP. certifies that HGP USA CORP. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

HGP USA CORP. states that Defendant Tuan Thanh Ho is the owner of HGP USA CORP. and, as such, has a direct financial interest in the outcome of this litigation.

| | |
|---|---|
| Dated: February 14, 2026 | Respectfully submitted, |

                                              **THE KELLEY LAW FIRM**

By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

                                              By: */s/ Lloyd E. Kelley*
                                              **Lloyd E. Kelley**