**EXHIBIT F5**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:26-CV-1218 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN | § § § § § § § § § § § § | |
| *Defendants.* | § | |

**DISCLOSURE STATEMENT REGARDING DEFENDANT ANDREW LE TV**

Pursuant to the Federal Rules of Civil Procedure and for the purpose of providing full disclosure to the Court and all parties, Defendant Andrew Le TV submits this disclosure statement.

Defendant Andrew Le TV is not a corporation, partnership, or other formally registered legal entity. It is a trade name and media platform under which Defendant An Thien Le, also known as Andrew Le, operates. It is a YouTube channel aiming to report current news, and newsworthiness such as court proceedings, and provide analytical

1

discussions.

Defendant An Thien Le is the sole owner and operator of Andrew Le TV. As such, An Thien Le has a direct, personal, and financial interest in the activities and outcomes related to Andrew Le TV.

Dated: February 14, 2026                    Respectfully submitted,

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403

**COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

                                              By: */s/ Lloyd E. Kelley*
                                              **Lloyd E. Kelley**