**EXHIBIT G**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, § § § | | |
| *Plaintiff,* § § | | |
| v. § § | CIVIL ACTION NO. 4:26-CV-1218 | |
| ATUTA, INC. d/b/a PHO BOLSA TV, § VU HOANG LAN, ANDREW LE TV, § AN THIEN LE aka ANDREW LE, § PREMIERLINE GROUP, LLC., § TUAN THANH HO, HGP USA CORP., § HOANG GIA PEARL CO., § PHUNG BACH DOAN, ESTHER K. LE, § THANH NGA T. TRAN, § PRISCILLA T. LE, TAI VAN PHAM aka § TONY PHAM, and JOHN NGUYEN § § | | |
| *Defendants.* § | | |

## LIST OF ATTORNEYS OF RECORD

*Counsel for Plaintiff*

**Brian Turner**
State Bar No. 20310450
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
Telephone: (979) 583-9200
Telecopier: (979) 314-9533
Email: bt@brianturnerlaw.com
*Counsel for Plaintiff*

1

*Counsel for Defendants*

**Lloyd E. Kelley**
State Bar No. 1203180
THE KELLEY LAW FIRM
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Telephone: (281) 492-7766
Facsimile: (281) 652-5973
Email: kelley@lloydekelley.com

*Counsel for Atuta, Inc. d/b/a Pho Bolsa TV, Vu Hoang Lan, Andrew Le TV, An Thien Le aka Andrew Le, Premierline Group, LLC., Tuan Thanh Ho, HGP USA Corp., Hoang Gia Pearl Co., Esther K. Le, Thanh Nga T. Tran, Priscilla T. Le, and John Nguyen*


**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
*Special Counsel for Defendant Phung Bach Doan*


**Gary M. Polland**
State Bar No. 16095800
POLLAND & ASSOCIATES, P.C.
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com
*Counsel for Defendant Tai Van Pham aka Tony Pham*

Dated: February 14, 2026                     Respectfully submitted,

**THE KELLEY LAW FIRM**
By: /s/ Lloyd E. Kelley
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973
*Counsel for Atuta, Inc. d/b/a Pho Bolsa TV, Vu Hoang Lan, Andrew Le TV, An Thien Le aka Andrew Le, Premierline Group, LLC., Tuan Thanh Ho, HGP USA Corp., Hoang Gia Pearl Co., Phung Bach Doan, Esther K. Le, Thanh Nga T. Tran, Priscilla T. Le, and John Nguyen*

**THE TAMMY TRAN LAW FIRM**
By: /s/ Minh-Tam Tran
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
*Special Counsel for Defendant Phung Bach Doan*

/s/ Gary M. Polland
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com
*Counsel For Defendant Tai Van Pham a/k/a Tony Pham*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

                                                                                 By: */s/ Lloyd E. Kelley*
                                                                                 **Lloyd E. Kelley**