**EXHIBIT H**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:26-CV-1218 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN | § § § § § § § § § § § § | |
| *Defendants.* | § | |

**DECLARATION OF LLOYD E. KELLEY IN SUPPORT OF REMOVAL**

My name is Lloyd E. Kelley, my date of birth is January 2, 1959, and my address is 4900 Fournace Place, Suite 500, Bellaire, Texas 77401. I declare under penalty of perjury that the following is true and correct and within personal knowledge:

1. I am an attorney duly licensed to practice law in the State of Texas and I am counsel of record for Defendants. If called as a witness, I could and would competently testify to the facts set forth herein.

2. I have custody and control over my firm's file for this case. I have reviewed the

1

documents attached as exhibits to the accompanying Notice of Removal, which are true and correct copies of documents from the State Court Action file or from our firm's file.

3. The grounds for the timeliness of this removal are based on the date the Defendants filed their answers and therefore made the general appearance on February 13, 2026.

4. **Amount in Controversy**: Plaintiff's Original Petition filed on January 29, 2026 seeks exemplary damages, jointly and severally, and a money judgment of "not less than $100,000,000, including actual, and punitive damages." (Exhibit A: Original Petition at p. 22). Accordingly, the amount in controversy exceeds the jurisdictional minimum of $75,000.

5. **Diversity of Citizenship**: Complete diversity of citizenship exists between the parties.

6. Plaintiff Nguyen Thanh Tu, *a declared vexatious Defendant*, is an individual who resides in Harris County, Texas, and is therefore a citizen of the State of Texas. (Exhibit A: Original Petition filed on January 29, 2026, p. 1).

7. All Defendants, except Hoang Gia Pearl, JSC, and Tai Van Pham, aka Tony Pham, and John Nguyen are citizens of the State of California. Plaintiff's Petition alleges that individual Defendants Vu Hoang Lan, An Thien Le aka Andrew Le, Andrew Le TV, Tuan Thanh Ho, Phung Bach Doan, Esther K. Le,

       Thanh Nga T. Tran, and Priscilla T. Le are residents and citizen of California as their domiciles are in California. The corporate Defendants ATUTA, Inc. d/b/a Pho Bolsa TV, Premierline Group, LLC, and HGP USA CORP. were incorporated and/or have their headquarters in California.

8. Hoang Gia Pearl, JSC.[1] is a citizen of The Socialist Republic of Vietnam ("Vietnam"), as it was incorporated and its headquartered in Vietnam. (*See* Exhibit A: **Original Petition filed on January 29, 2026,** at p. 3.) *Note that the exception under 28 U.S.C. § 1332 (a) (2) is inapplicable, therefore, this Court has original jurisdiction*.

9. The citizenship of Defendant John Nguyen must be disregarded for the purpose of determining diversity jurisdiction because he has been fraudulently joined. Nguyen was fraudulently joined as there is no reasonable basis to predict that the plaintiff can recover against them in state court. Plaintiff's petition fails to state a plausible claim against him—specifically, Nguyen is not alleged to have published any defamatory statements, nor are there sufficient allegations of his personal participation in a tort or a viable conspiracy claim. Because there is no reasonable basis for liability against Nguyen, his joinder is deemed fraudulent, and complete diversity exists between the plaintiff and the remaining defendants, making removal to federal court proper.

---

[1] A defunct corporation.

10. As such, because Plaintiff is a citizen of Texas and all Defendants are citizens of California except for Hoang Gia Pearl, JSC which is a corporation incorporated and its principal place of business and headquarters is in Vietnam and John Nguyen who was fraudulently joined, complete diversity of citizenship exists as required by 28 U.S.C. § 1332(a) (1) and 28 U.S.C. § 1332 (a) (2).

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed this February 14, 2026, in Harris County, Texas.

_____
**LLOYD E. KELLEY**
Texas Bar No. 11203180
THE KELLEY LAW FIRM
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973
**COUNSEL FOR DEFENDANTS**