BA20250383525

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**EXHIBIT J1**

For Office Use Only

**-FILED-**

File No.: BA20250383525

Date Filed: 2/24/2025

**Entity Details**

| | |
|---|---|
| Corporation Name | HGP USA |
| Entity No. | 4773292 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| THANH TUAN HO | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| THANH TUAN HO | 11363 Snowdrop Ave Fountain Valley, CA 92708 |
| KYLE TRUONG NGUYEN | 122 E EDINGER AVE SANTA ANA, CA 92707 |
| JOHN NGUYEN | 2540 NORTHLAKE DR GRAND PRAIRIE, TX 75054 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | THANH TUAN HO |
| Agent Address | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |

**Type of Business**

| | |
|---|---|
| Type of Business | JEWELRY SALES |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

B3470-0302 02/24/2025 11:30 AM Received by California Secretary of State

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒   By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*VINH NGUYEN*                                                    *02/24/2025*

Signature                                                         Date

B3470-0303 02/24/2025 11:30 AM Received by California Secretary of State