IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NGUYEN THANH TU** <br> **a/k/a TU NGUYEN,** <br><br> *Plaintiff,* <br><br> v. <br><br> **ATUTA, INC. d/b/a PHO BOLSA TV,** <br> **VU HOANG LAN, ANDREW LE TV,** <br> **AN THIEN LE aka ANDREW LE,** <br> **PREMIERLINE GROUP, LLC.,** <br> **TUAN THANH HO, HGP USA CORP.,** <br> **HOANG GIA PEARL, JSC,** <br> **PHUNG BACH DOAN, ESTHER K. LE,** <br> **THANH NGA T. TRAN,** <br> **PRISCILLA T. LE, TAI VAN PHAM aka** <br> **TONY PHAM, and JOHN NGUYEN** <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 4:26-CV-1218** |

**DEFENDANTS' JOINT NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE JURISDICTION FOR ALL PURPOSES**

**TO THE HONORABLE COURT:**

Defendants, by and through undersigned counsel, jointly file this Notice of Non-Consent to Magistrate Judge Jurisdiction pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, and respectfully state as follows:

**I.   INTRODUCTION**

Under Article III of the United States Constitution, litigants have the right to have their case adjudicated by a United States District Judge. A United States Magistrate Judge

1

may exercise full jurisdiction over a civil action—including conducting all proceedings and entering final judgment—**only** upon the voluntary consent of all parties. In this matter, Defendants do not consent to the exercise of magistrate judge jurisdiction for all purposes.

## II.     NOTICE OF NON-CONSENT

Pursuant to 28 U.S.C. § 636(c)(1), a magistrate judge may conduct all proceedings and enter final judgment in a civil case only "[u]pon the consent of the parties." *See also* Fed. R. Civ. P. 73(b)(1). Defendants expressly withhold and decline to provide such consent.

Accordingly, Defendants **do not consent** to the exercise of jurisdiction by a United States Magistrate Judge for any purpose, including pretrial proceedings, trial, or the entry of final judgment under § 636(c).

Defendants respectfully request that this matter remain assigned to a United States District Judge in accordance with Article III of the United States Constitution and governing federal law.

## III.     CONCLUSION

For the foregoing reasons, Defendants hereby jointly provide formal notice of their non-consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 and respectfully request that this action proceed before a United States District Judge.

Respectfully submitted,

**THE KELLEY LAW FIRM**
By: /s/ *Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973
COUNSEL FOR DEFENDANT AN THIEN LE aka ANDREW LE AND OTHER DEFENDANTS

**THE TAMMY TRAN LAW FIRM**
By: /s/ *Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
SPECIAL COUNSEL FOR DEFENDANT PHUNG BACH DOAN

/s/ *Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com
COUNSEL FOR DEFENDANT
TAI VAN PHAM aka TONY PHAM

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 17, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

              By: */s/ Lloyd E. Kelley*
              **Lloyd E. Kelley**