# AFFIDAVIT OF TUAN THANH HO

STATE OF CALIFORNIA  §

COUNTY OF ORANGE  §

I, **Tuan Thanh Ho**, being duly sworn, hereby declare and affirm as follows:

1. My name is Tuan Thanh Ho. I am over the age of eighteen and competent to make this affidavit. The statements that I made in this affidavit are true and correct and are within my personal knowledge.
2. Specifically, since February 20, 2025, I have not received any phone calls, text messages, regular mail, electronic mail (email), any letters, or any other form of communication from Mr. Thanh Tu Nguyen. In fact, I never received any "cease and desist" letter from Mr. Thanh Tu Nguyen.

**Business Relationship with John Nguyen and his Role in HGP USA (2025)**

3. I met with John Nguyen in California on or about January 2025 regarding a business proposal selling goods on Amazon.
4. On February 24, 2025, I added Kyle Nguyen and John Nguyen to the Board of Directors of HGP USA.
5. From February 26, 2025, through May 20, 2025, John Nguyen's official title with HGP USA was director.
6. The proposed business would be involved selling goods on Amazon through an entity known as HGP USA.
7. The business proposal to Amazon did not materialize.
8. After Amazon declined to consider the proposal of HGP USA, John Nguyen requested his mane to be removed as a director of involvement with the company and had no further business discussions with me.
9. On May 20, 2025, both Kyle Nguyen and John Nguyen were formally removed from the Board of Directors.
10. Beginning May 20, 2025, the sole remaining director of the corporation was I, myself.
11. John Nguyen's involvement with HGP USA was only limited to the above-referenced time period.
12. John Nguyen was not involved in any operations of any of my companies outside of that limited period in which we attempted to do business with Amazon.
13. I am the sole owner and director of HGP USA. *See* Exhibit A of the Secretary State Records, page one.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 18 day of Feb, 2026, at Fountain Valley, CA

_____
Tuan Thanh Ho

## ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ORANGE

On Feb 18, 2026 before me, Tyler Quan Hoang, a Notary Public personally appeared Tuan Thanh Ho, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature T.Q. Hoang (Seal)

TYLER QUAN HOANG
COMM. # 2409003
NOTARY PUBLIC - CALIFORNIA
COUNTY OF ORANGE
MY COMM. EXP. JUNE 24, 2026



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20251107541
Date Filed: 5/20/2025

### Entity Details

| | |
|---|---|
| Corporation Name | HGP USA |
| Entity No. | 4773292 |
| Formed In | CALIFORNIA |

### Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

### Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |
| Attention | |

### Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| THANH TUAN HO | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 | Chief Executive Officer, Chief Financial Officer, Secretary |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Directors

| Director Name | Director Address |
|---|---|
| THANH TUAN HO | 11363 Snowdrop Ave<br>Fountain Valley, CA 92708 |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process

| | |
|---|---|
| Agent Name | THANH TUAN HO |
| Agent Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

### Type of Business

| | |
|---|---|
| Type of Business | JEWELRY SALES & BUSINESS CONSULTING |

### Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

### Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

VINH NGUYEN                          05/20/2025
Signature                            Date

B3704-5733 05/20/2025 2:11 PM Received by California Secretary of State