IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:26-CV-1218 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN | § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND

Pending before the Court is Plaintiff Nguyen Thanh Tu a/k/a Tu Nguyen's Motion to Remand. Having considered the Motion, Defendants' Joint Response in Opposition to Plaintiff's Motion to Remand, the pleadings, the sworn affidavits, and the applicable law, the Court finds that the Motion should be **DENIED**.

IT IS THEREFORE **ORDERED** that Plaintiff's Motion to Remand is hereby DENIED.

**IT IS SO ORDERED.**

1

2

SIGNED this _____ day of _____, 2026.

                                                  _____
                                                          HON. LEE H. ROSENTHAL
                                                  UNITED STATES DISTRICT JUDGE