## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

NGUYEN THANH TU aka
TU NGUYEN,

    *Plaintiff*

vs.

ATUTA, INC. d/b/a PHO BOLSA TV
VU HOANG LAN, ANDREW LE TV
AN THIEN LE aka ANDREW LE,
PREMIERLINE GROUP, LLC.,
TUAN THANH HO, HGP USA CORP.,
HOANG GIA PEARL, JSC., PHUNG
BACH DOAN, ESTHER K. LE, THANH
NGA T. TRAN, PRISCILLA T. LE, TAI
VAN PHAM aka TONY PHAM, and
TONY PHAM YouTube,

    *Defendants*

No. 4:26-CV1218

## DECLARATION OF NGUYEN THANH TU/TU NGUYEN

Nguyen Thanh Tu ("NTT") hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746(2) that the following statements are true and correct: "My name is Nguyen Thanh Tu. I am over 21 years of age, of sound mind, with personal knowledge of the following facts, and fully competent to testify.

On December 31, 2019, to launch a successful go-to-market strategy in the U.S., Defendant Tuan Thanh Ho aka Anthony Tuan Ho ("Ho"), the Chairman of the Board and CEO of Hoang Gia Pearl, JSC. delivered an impactful five-minute introduction of "Royal Pearl" during the renowned musical production "Paris by Night." This compelling presentation occurred between the timestamps of 37:37 and 43:01. Following this strategic move, on January 20, 2020, Hoang Gia Pearl, JSC. made its official entrance into the United States by forming HGP USA, LLC, which later evolved into HGP USA CORP ("HGP") on August 2, 2021 (see Exhibit A). The company deliberately focused its efforts on California and Texas—two states with substantial Vietnamese American communities—aiming to maximize its reach and effectiveness.

On December 20, 2025, I navigated to the Facebook page of the Defendant, Doan Bach Phung, a co-founder and the Deputy General Director of HGP by entering Facebook.com  and conducted a search for "Doan Bach Phung." This led me to Defendant's Phung's Facebook link[1] (see Exhibit B).  I thoroughly reviewed Doan Bach Phung's posting of September 21, 2021, and captured a screenshot of the page to document my findings.

---

[1] *Summit Auto Sales, Inc. v. Draco, Inc*., No. 2:15-CV-00736-KOB, 2016 U.S. Dist. LEXIS 21643, at *17–18 (N.D. Ala. Feb. 23, 2016) (allowing screenshots of websites because a witness had personally reviewed the screenshots and could verify that they were accurate and noting that the copyright date on the website and the web address helped authenticate the document).

On September 21, 2021, Defendants Tuan Thanh Ho ("Ho") and Phung Bach Doan ("Phung") set in motion an exciting plan for expansion in Texas (see Exhibit B).   To align with Defendant Ho's vision for go-to-market and international expansion, Defendant Phung passionately articulated her vision for an impactful trip to Grapevine, Texas, where she aimed to uncover valuable opportunities for international growth. With unwavering enthusiasm and determination, she stated her ambition to elevate Hoang Gia Pearl's presence in Texas, effectively laying the groundwork for a bright and prosperous future for the company (see the Certificate of Translation by Phuong Tonnu - Exhibit C).

On February 24, 2025, Defendant John Nguyen ("Nguyen") was appointed (see Exhibit D), to the board of directors of HGP. As a seasoned Texas resident, Nguyen is charged with leading the company's ambitious international expansion efforts, targeting both Vietnamese and non-Vietnamese audiences in the Texas market. His strategic mission is to engage the vibrant Vietnamese diaspora of over 700,000 Vietnamese Americans living in Texas. Nguyen's Texas residence stands as the central hub for HGP's operations in the region, significantly amplifying the company's outreach and influence. The expansion into Texas was a planned initiative, and Nguyen played a crucial role in the go-to-market strategy for HGP USA Corp.

On May 20, 2025, Ho, fully aware that HGP USA Corp. was involved in a lawsuit, made the unilateral decision to disband the *entire* board of directors. He coordinated the resignations of Kyle Nguyen and other board members on the *same* date. Following this, Ho appointed himself as the Chairman of the Board, CEO, CFO, and Secretary. (See Exhibit E). This action undermines established governance practices by concentrating power in a single individual, creating a "King" scenario that eliminates essential checks and balances necessary for accountability and sound decision-making. This drastic move clearly indicates that HGP USA, while disguised as a corporation, actually functions solely as Ho's personal alter ego—a façade for his private dealings rather than a legitimate business.

On March 11, 2026, the defendants filed Defendants' joint response in opposition to Plaintiff's motion to remand along with an affidavit from Defendant Nguyen. In this affidavit, Nguyen clearly details: (See Exhibit F).

> "Business Relationship with Thanh Tuan Ho and My Role In HGP USA (2025)
>
> 6. I met Thanh Tuan Ho ("Tuan Ho·) in California on or about January 2025 regarding a business proposal selling goods on Amazon.
> 7. On February 24, 2025, both Kyle Nguyen and John Nguyen (myself) *were added* to the Board of Directors of HGP USA.
> 8. From February 24, 2025, through May 20, 2025, my official title with HGP USA was *Director*.
> 9. The business would be involved selling goods on Amazon through an entity known as HGP USA.
> 10. The business's proposal to Amazon was *rejected* by Amazon.
> 11. After Amazon *declined* to consider the proposal of HGP USA, I requested my name to be removed as a director of Involvement with the

company and had no further business discussions with Tuan Ho.

12. On May 20, 2025, both Kyle Nguyen and I, John Nguyen, were formally *removed* from the Board of Directors.

13. Beginning May 20, 2025, the *sole* remaining director of the corporation was Thanh Tuan Ho.”

On March 11, 2026, the defendants filed a joint response opposing the Plaintiff's motion to remand, along with an affidavit from Defendant Ho. Ho contends that he “never received any 'cease and desist' letter from Mr. Thanh Tu Nguyen.” However, the facts indicate that on or about February 25, 2025, myself, and my attorney took an important step by sending defamation mitigation letters to Vu and Pho Bolsa TV, specifically addressing Ho as a representative of Pho Bolsa TV (see Exhibit G). The letter stated,

> Case 4:26-cv-01218   Document 7-3   Filed 03/11/26 in TXSD   Page 1 of 4
>
> **AFFIDAVIT OF TUAN THANH HO**
>
> STATE OF CALIFORNIA §
>
> COUNTY OF ORANGE §
>
> I, **Tuan Thanh Ho**, being duly sworn, hereby declare and affirm as follows:
>
> 1. My name is Tuan Thanh Ho. I am over the age of eighteen and competent to make this affidavit. The statements that I made in this affidavit are true and correct and are within my personal knowledge.
>
> 2. Specifically, since February 20, 2025, I have not received any phone calls, text messages, regular mail, electronic mail (email), any letters, or any other form of communication from Mr. Thanh Tu Nguyen. In fact, I never received any "cease and desist" letter from Mr. Thanh Tu Nguyen.

“I demand that you immediately retract your recent statement made on Andrew Le TV (with Pho Bolsa TV's *Thuan Ho, cameraman*) and Andrew An Le's Facebook, which is disparaging and defamatory toward me. This falsehood threatens to destroy my reputation. As a businessman yourself, you should understand that no one wants to do business with someone who is potentially facing jail time.”

These letters were sent via email, text, and WhatsApp and explicitly demanded that the defendants correct, clarify, or retract their false statements.  On or about April 21, 2025, Vu and Pho Bolsa TV sent a response letter to Plaintiff's attorney of record, Brian Turner in which he stated, (see Exhibit G)

> "This letter is ***in response*** to your correspondence addressed to me Vu Hoang Lan and Pho Bolsa TV, dated Mar 24, 2025."

> I declare under the penalty of perjury, that the foregoing is true and correct.

> Executed on this March 15 day of March 2026.

Nguyen Thanh Tu

# EXHIBIT A



https://bizfileonline.sos.ca.gov/search/business





# EXHIBIT B

Defendant's Doan Bach Phung's Facebook link:
https://www.facebook.com/search/top/?q=doan%20bach%20phung



# EXHIBIT C

# Phuong Ton-Nu, MBA, LCI

**Licensed Court Interpreter – Master Level**
**LIC. # 2022**

1107 Coachlight Dr.
Houston, TX 77077
☎: 713-476-1022
✉: pttonnu@gmail.com

## Certificate of Translation

I, Phuong T. Ton-Nu, MBA, Licensed Court Interpreter, Master level, License Number LCI-2022, Federally Qualified, hereby certify that I am proficient in Vietnamese and English language. I further certify that I fully and accurately translated the herein attached Facebook post. I have made a true, fair, and accurate translation from Vietnamese to English the best of my knowledge, ability, and belief in preparing the aforesaid translation.

Executed in Harris County, State of Texas, on February 23, 2026

Phuong Tonnu

**Bach Phung Doan's Post**    ✕

**Bach Phung Doan** is 😄 feeling fantastic at **Dalas TX**.
September 21, 2021 · Grapevine, TX · 🌐    •••

This is my first visit to Dallas, the warm welcome from everyone and the genuine affection from my friends here has truly touched me.

P.S.: I hope Hoang Gia Pearl will be present here in Texas oneday soon. I am more motivated now that I reunited with my two younger siblings after so many years apart.



## Bach Phung Doan's Post

 **Bach Phung Doan** is 😄 feeling fantastic at **Dalas TX**.
September 21, 2021 · Grapevine, TX · 🌐

Lần đầu tiên sang Dallas nhưng lại được tiếp đón rất nồng hậu, cảm nhận được tình cảm rất chân thành của bạn bè nơi đây.

Ps: Hẹn một ngày gần Hoàng Gia Pearl sẽ có mặt tại bang Texas này và càng có động lực hơn khi gặp lại 2 đứa em đã xa cách nhiều năm.



# EXHIBIT D



https://bizfileonline.sos.ca.gov/search/business



# EXHIBIT E



https://bizfileonline.sos.ca.gov/search/business

 



# EXHIBIT F



EXHIBIT
I

# AFFIDAVIT OF JOHN NGUYEN

STATE OF TEXAS          §
COUNTY OF DALLAS     §

I, **John Nguyen**, being first duly sworn, declare as follows:

**Personal Information**

1. My name is John Nguyen. I am over the age of eighteen (18) and competent to make this affidavit.

2. My statements contained in this affidavit are true and correct and based upon my personal knowledge, and if called to testify, I could and would competently testify thereto.

**No Social Media Involvement**

3. I have never been involved in any Vietnamese community and never discussed or post any comments on social media. I am not a Youtuber content creator.

4. My Facebook account is located at: https://www.facebook.com/drizzenstar/.

5. I have made no postings related to any Vietnamese community controversy or drama. If one can search the history of my Facebook, I never post any statements concerning Plaintiff Nguyen Thanh Tu or any of the defendants.

6. I do not operate any YouTube channel, nor have I posted any YouTube content related to any  matters concerning Plaintiff Nguyen Thanh Tu or any of the defendants.

**Business Relationship with Thanh Tuan Ho and My Role in HGP USA (2025)**

6. I met Thanh Tuan Ho ("Tuan Ho") in California on or about January 2025 regarding a business proposal selling goods on Amazon.

7. On February 24, 2025, both Kyle Nguyen and John Nguyen (myself) were added to the Board of Directors of HGP USA.

8. From February 24, 2025 through May 20, 2025, my official title with HGP USA was Director.

9. The business would be involved selling goods on Amazon through an entity known as HGP USA.

10. The business's proposal to Amazon was rejected by Amazon.

1

11. After Amazon declined to consider the proposal of HGP USA, I requested my name to be removed as a director of Involvement with the company and had no further business discussions with Tuan Ho.

12. On May 20, 2025, both Kyle Nguyen and I, John Nguyen, were formally removed from the Board of Directors.

13. Beginning May 20, 2025, the sole remaining director of the corporation was Thanh Tuan Ho.

14. My involvement with HGP USA was limited to the above-referenced time period and role.

15. I was not involved in any operations of the company outside of that limited period in our attempt to do business with Amazon. .

**Corporate History of HGP USA**

16. According to the California Secretary of State business records:

- **HGP USA, LLC (Entity No. 202002810005)** was formed on **January 9, 2020**, and later marked as "Converted Out." See *Exhibit A.*

- On the same date, **HGP USA (Entity No. 4773292)** was registered as a **California Stock Corporation – CA General**, and is currently listed as Active. See *Exhibit B.*

17. The Secretary of State records reflect that the LLC was converted into a Stock Corporation effective January 9, 2020.

Copies of the California Secretary of State search results are attached hereto as **Exhibit A (LLC record)** and **Exhibit B (Stock Corporation record).**

18. After May 20, 2025, I had no further involvement, management authority, or ownership role in HGP USA. Nor I have ever involved in social media activities with Plaintiff Thanh Tu Nguyen or any Defendants.

**Fraudulent Joinder and Absence of Any Viable Claim**

19. My understanding is that the same Plaintiff Thanh Tu Nguyen has previously sued the same defendants in the 11th District Court of Harris County, and such case was removed to Federal Court before Federal Judge David Hittner who dismissed the action based on the ruling that as a declared vexatious litigation he failed to obtain pre filing permission and failed to pay $100,000 deposit.[1] Plaintiff

---

[1] **Civil Action No. 4:25cv04982,** *Nguyen Thanh Tu, also known as Tu Nguyen, Atuta, Inc. doing business as Pho Bolsa TV, et Al.,* in the United States District Court for the Southern District of Texas, Houston Division *was removed* from: **Cause No. 2025-77842** - *Nguyen Thanh Tu, also known as Tu Nguyen v.*

2

then refiled this case in the 164th Harris County District Court, naming me as a defendant in this lawsuit.

20. I categorically deny each and every allegation asserted against me.

21. Plaintiff 's alleged statement that I *"John Nguyen. . . at all pertinent times, was the 'nerve center' for HGP"* <u>and that</u> *"Mr Nguyen, in February of 2025, was appointed to the board of directors of HGP USA Corp, entrusted with spearheading the company's international expansion, focusing on both the Vietnamese and non-Vietnamese speaking in the Texas market. His mission was to engage the dynamic Vietnamese diaspora of over 700,000 Vietnamese American in Texas, many of whom were targeted by Defendants' actions" is absolutely FALSE.* See Plaintiff's Amended Original Petition at Section 15.

22. Plaintiff 's alleged statement that *"The actions of the founders, co-founders, co-owners, and directors, including **Defendant John Nguyen**, have created a foreseeable risk that has caused harm to the Plaintiff while trying to promote the interests of Premierline, ATUTA, Inc (operating as Pho Bolsa TV), HGP, and Royal Pearl"* **is likewise *is absolutely FALSE.*** See Plaintiff 's Amended Original Petition at Section 82.

23. These two alleged statements are false without any evidence to support. Thanh Tu Nguyen sole purpose is to include the false allegations to defeat federal jurisdiction based on diversity.

24. The joinder is improper because there is no reasonable basis for the district court to predict that Plaintiff might be able to recover against me, the in-state defendant.

25. Here, Plaintiff's petition contains no factual allegations establishing any viable claim of defamation against me. Plaintiff does not identify any statement made by me, John Nguyen, any publication authored by me, or any conduct linking me to the alleged wrongdoing.

26. Plaintiff Thanh Tu Nguyen's petition fails to identify **any statement**, **publication**, **communication**, or **conduct** attributable to me.

27. Plaintiff Thanh Tu Nguyen does not allege that I authored, approved, published, ratified, or directed any defamatory or tortious content.

28. I have never acted in concert, jointly, or in conspiracy with any defendant.

29. I had no involvement in any conduct giving rise to Plaintiff Thanh Tu Nguyen's claims.

---

*Atuta, Inc. doing business as Pho Bolsa TV; Vu Hoang Lan; Andrew Le; An Thien Le, also known as Andrew Le; Premierline Group, LLC; Tuan Thanh Ho; HGP USA Corp.; Hoang Gia Pearl Co.; and Phung Bach Doan, in Cause No. 202577842 in the 11th Judicial District Court of Harris County, Texas.*

3

30. Plaintiff Thanh Tu Nguyen has alleged no facts establishing duty, breach, causation, or damages as to me.

31. There is **no reasonable basis in law or fact** for any claim against me.

32. I am informed and believe that Plaintiff Thanh Tu Nguyen named me solely because I share citizenship with Plaintiff, and the sole purpose is to deprive federal jurisdiction the federal court in Sothem district, Houston Division.

33. My joinder serves no legitimate substantive purpose and exists only to **defeat federal diversity jurisdiction**.

34. Plaintiff's joinder of I myself is improper, made in bad faith, and constitutes fraudulent joinder under federal law.

## Conclusion

35. I make this affidavit voluntarily for the purpose of clarifying my limited role and period of involvement with HGP USA  and with Plaintiff or any Defendants in this defamation action.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on this 12 day of February 2026.

_____
John Nguyen, Affiant

## NOTARY ACKNOWLEDGMENT

**STATE OF TEXAS**            §
**COUNTY OF ~~DALLAS~~**       §
      cc Denton

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

On this 12 day of February 2026, before me, Notary Public, personally appeared **John Nguyen**, who proved to me on the basis of satisfactory evidence to be the person whose name Is subscribed to this instrument and acknowledged that he executed the same for the purposes therein contained.

4

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public, State of Texas

CONNOR CREWS
Notary Public, State of Texas
Comm. Expires 04-05-2026
Notary ID 133687018

**California**
*Secretary of State*

Business     UCC



An Le
vpandrewle@gmail.com

Home

Search

Forms

My Work Queue

My Records

Data Requests

Help

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1. [Create a **biz**file online account or login](#) to your existing **biz**file Online account.

2. Navigate back to the Search page, then locate and select the entity using the search tool below.

3. Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.

4. Complete your request online.

**Need help?** For more information, see the [Help Guide](#) or [Video Library](#). To contact the California Secretary of State's office, view the [Contact Information](#). For information on **access requests**, see the [Account Access Guide](#).

## What's Included in Search

     **Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations**.

     PDF copies of recent **Statements of Information** and other filings.

     Distinguishable entity names to be checked for name availability.

Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper [Business Entity Records Order Form](#).

## Search Tips

     Search by **entity name** or **entity number** (remove "C" from number).

     Performs a "keyword" search.

     Results limited to the **500 closest matches**.

     Advanced Search

[Skip to main content](#)   State

**EXHIBIT A**

### HGP USA, LLC (202002810005)

 File Amendment      Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Converted Out |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Inactive Date* | 08/02/2021 |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE. FOUNTAIN VALLEY,CA92708 |
| ⚠ *Statement of Info Due Date* | 01/01/0001 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA  92708 |

 View History      Request Access



| Business | UCC |
|---|---|

 

## HGP USA, LLC (202002810005)

|  |  |
|---|---|
| File Amendment | Request Certificate |

*View **more than the 500 default** results.*

## Important Notes

***Disclaimer:*** *All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

***Need help?*** *For more information, select* [Forms] *on the menu, view the* [Help Guide] *or* [Video Library]*. To contact the California Secretary of State's office, view the* [Contact Information]*.*

HGP USA LLC 🔍

Advanced ⌄

Results: 1

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
| HGP USA, LLC (202002810005) › | 01/09/2020 | Converted Out | Limited Liability Company - CA | CALIFORNIA | THANH TUAN HO |

|  |  |
|---|---|
| Initial Filing Date | 01/09/2020 |
| Status | Converted Out |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Inactive Date | 08/02/2021 |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA 92708 |
| Mailing Address | 11363 SNOWDROP AVE. FOUNTAIN VALLEY,CA92708 |
| ⚠ *Statement of Info Due Date* | 01/01/0001 |
| Agent | Individual THANH TUAN HO 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA 92708 |

 

|  |  |
|---|---|
| View History | Request Access |

© 2026 CA Secretary of State

**California**
*Secretary of State*

Business    UCC

**An Le**
vpandrewle@gmail.com

Home

Search

Forms

My Work Queue

My Records

Data Requests

Help

**EXHIBIT B**

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1   *Create a **biz**file online account or login to your existing **biz**file Online account.*

2   *Navigate back to the Search page, then locate and select the entity using the search tool below.*

3   *Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.*

4   *Complete your request online.*

**Need help?** *For more information, see the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information. For information on **access requests**, see the Account Access Guide.*

## What's Included in Search

*Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations.*

*PDF copies of recent **Statements of Information** and other filings.*

*Distinguishable entity names to be checked for name availability.*

*Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper Business Entity Records Order Form.*

## Search Tips

*Search by **entity name** or **entity number** (remove "C" from number).*

*Performs a "keyword" search.*

*Results limited to the **500 closest matches**.*

*Advanced Search*

Skip to main content   State

---

**HGP USA (4773292)**


File Amendment


File Statement of Information

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY,CA92708 |
| *Statement of Info Due Date* | 08/31/2026 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA  92708 |


View History


Request Access

Business    UCC



*View **more than the 500 default** results.*

HGP USA (4773292)

## Important Notes

**Disclaimer:** *All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

**Need help?** *For more information, select* Forms *on the menu, view the* Help Guide *or* Video Library. *To contact the California Secretary of State's office, view the* Contact Information.



|  |  |  |
|---|---|---|
| File Amendment | File Statement of Information | Request Certificate |

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY,CA92708 |
| *Statement of Info Due Date* | 08/31/2026 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA  92708 |

HGP usa

Advanced ⌄

Results: 2

| Entity Information ⇅ | | Initial Filing Date ⇅ | Status ⇅ | Entity Type ⇅ | Formed In ⇅ | Agent ⇅ |
|---|---|---|---|---|---|---|
| HGP USA (4773292) | > | 01/09/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | THANH TUAN HO |
| HGP USA, LLC (202002810005) | > | 01/09/2020 | Converted Out | Limited Liability Company - CA | CALIFORNIA | THANH TUAN HO |

View History          Request Access

© 2026 CA Secretary of State

BA20250383525



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

<table>
<tr><td colspan="2">For Office Use Only</td></tr>
<tr><td colspan="2">**-FILED-**</td></tr>
<tr><td>File No.: BA20250383525</td></tr>
<tr><td>Date Filed: 2/24/2025</td></tr>
</table>

| Entity Details | |
| --- | --- |
| Corporation Name | HGP USA |
| Entity No. | 4773292 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ▪ THANH TUAN HO | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| THANH TUAN HO | 11363 Snowdrop Ave Fountain Valley, CA 92708 |
| ➕ KYLE TRUONG NGUYEN | 122 E EDINGER AVE SANTA ANA, CA 92707 |
| ➕ JOHN NGUYEN | 2540 NORTHLAKE DR GRAND PRAIRIE, TX 75054 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| Agent Name | THANH TUAN HO |
| Agent Address | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |

| Type of Business | |
| --- | --- |
| Type of Business | JEWELRY SALES |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

B3470-0302 02/24/2025 11:30 AM Received by California Secretary of State

B3470-0303 02/24/2025 11:30 AM Received by California Secretary of State

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*VINH NGUYEN*
Signature

*02/24/2025*
Date

BA20251107541

## STATE OF CALIFORNIA
*Office of the Secretary of State*
### STATEMENT OF INFORMATION
### CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448



| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20251107541 |
| Date Filed: 5/20/2025 |

---

**Entity Details**

| | |
| --- | --- |
| Corporation Name | HGP USA |
| Entity No. | 4773292 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| THANH TUAN HO | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| THANH TUAN HO | 11363 Snowdrop Ave<br>Fountain Valley, CA 92708 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | THANH TUAN HO |
| Agent Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | JEWELRY SALES & BUSINESS CONSULTING |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B3704-5732 05/20/2025 2:11 PM Received by California Secretary of State

B3704-5733 05/20/2025 2:11 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*VINH NGUYEN*                                                    *05/20/2025*
_____                    _____
Signature                                                           Date

# EXHIBIT G

# NGUYEN THANH TU

February 25, 2025

RE:      Demand for Retraction of Defamatory Statements

Vu Hoang Lan
**Pho Bolsa TV**
13882 A Better Way, Ste 7B
Garden Grove, CA 92843

Dear Mr. Lan:

I demand that you immediately retract your recent statement made on Andrew Le TV (with Pho Bolsa TV's Thuan Ho, cameraman) and Andrew An Le's Facebook, which is disparaging and defamatory towards me. This falsehood threatens to destroy my reputation. As a businessman yourself, you should understand that no one wants to do business with someone who is potentially facing jail time.

Let me be clear: I firmly believe in and defend the First Amendment rights to free speech and expression. You are entitled to your own opinions, and you do not have to agree with my views. However, you do not have the right to fabricate and publish accusations, especially when you know that what you presented as facts is false, and that your purpose is to tarnish my name, my business, and my reputation.

On February 20, 2025, you appeared on Andrew Le TV and spread false information about me, accusing me of the following: "Nguyen Thanh Tu and Nhu Ta received a court sentence today for contempt, having failed to attend the hearing regarding the temporary injunction. Their absence demonstrates a disregard for legal proceedings and the court's authority." Your repetition of this accusation during another segment of the interview makes it clear that you were intentionally working to disparage my reputation and my business.





I demand that you immediately retract and correct the false accusations addressed above. I also demand that you cease and desist from making any additional defamatory attacks against me.

Regarding the harm that you already have caused, you should contact me no later

than March 25, 2025, to discuss an amicable resolution to these issues.

I look forward to hearing from you as soon as possible.

Sincerely Yours,

Nguyễn Thanh Tú



**9039 Bolsa Ave, 302, Westminster CA 92683, USA**
**Email: phobolsatv@gmail.com**

April 21, 2025

MR. BRIAN TURNER
308 N Washington Ave
Bryan, TX 77803-5309
Re: Tu Nguyen A/K/A Thanh Tu Nguyen

Dear Sir:

This letter is in response to your correspondence addressed to me Vu Hoang Lan and Pho Bolsa TV, dated Mar 24, 2025.

First of all, Mr. Andrew Le operates his own platform and independently shared his own commentary. Any claim attributing this statement to me or Pho Bolsa TV is factually incorrect. Neither I nor Pho Bolsa TV authorized or disseminated any content related to the court hearing in question. Pho Bolsa TV has not published or promoted any defamatory material regarding you. In fact, there was no statement about you on our Platform on that court day. Consequently, there is nothing to retract or correct.

Please let me respectfully remind you that Mr. Tu Nguyen (also known as Thanh Tu Nguyen) has been formally declared a vexatious litigant, and his name is currently listed in the Public Registry maintained by the Texas Office of Court Administration. This declaration was issued by the District Court of the 10th Judicial District in Galveston County, which found that Mr. Nguyen had repeatedly filed frivolous lawsuits and motions and demonstrated a likelihood of continuing such conduct.

For your reference, we are enclosing a copy of the court's Order along with a link to the registry: **https://www.txcourts.gov/judicial-data/vexatious-litigants/** Pursuant to the Texas Vexatious Litigant Statute—TEX. CIV. PRAC. & REM. CODE §§ 11.101, 11.102, and 11.052—the fact that Mr. Nguyen is represented by

counsel does not exempt him or his attorney from the obligations imposed by the statute. These obligations include, but are not limited to, obtaining pre-filing approval from the appropriate Administrative Judge and posting monetary security to cover potential attorneys' fees should the litigation fail.

We also wish to emphasize that, according to § 11.101(e) of the same statute: "A prefiling order entered under Section 11.101 by a district or statutory county court applies to each court in this state."

In summary:

a.     The Vexatious Litigant Statute applies to Mr. Tu Nguyen regardless of whether he is represented by legal counsel.

b.     The relevant statutory provisions applicable to this matter are §§ 11.101, 11.102, 11.103, and 11.1035, under Subchapter C: Prohibition of Filing New Litigation.

c.     No additional court in Texas or California is required to make a new determination as to Mr. Nguyen's vexatious status—he is already legally recognized as such.

Please further note that Section 73.005 provides:

The truth of the statement in the publication on which an action for libel is based is a defense to the action.

Additionally, pursuant to section Sec. 73.056. (a):

A person who has been requested to make a correction, clarification, or retraction may ask the person making the request to provide reasonably available information regarding the falsity of the allegedly defamatory statement not later than the 30th day after the date the person receives the request. Any information requested under this section must be provided by the person seeking the correction, clarification, or retraction not later than the 30th day after the date the person receives the request.

TEX. CIV. PRAC. & REM. CODE § 73.056 (a).

Consequently, please provide the undersigned with any "reasonably available information" regarding the falsity of the allegedly defamatory statement no later than the 30th day after you receive this request. We are happy to work with you and are confident in demonstrating that myself Lan Hoang Vu and Pho Bolsa TV are committed to serving the Vietnamese Asian community and exercises great care in fact-checking all information.

2

3

Sincerely,

Lan Vu

Founder and President of Pho Bolsa TV

3