IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:26-CV-1218 |

### ORDER ON OBJECTIONS TO STRIKE
### PLAINTIFF'S UNSWORN DECLARATION

On this day, the Court considered Defendants' Objections to the Declaration of Plaintiff Nguyen Thanh Tu (Tu Nguyen), submitted in support of Plaintiff's filings.

After reviewing the Declaration, the Objections, and the applicable law, the Court finds that Defendants' Objections are well-taken and should be sustained. Specifically, the Court finds that the Declaration of Nguyen Thanh Tu is defective and inadmissible because it:

1. Asserts improper legal conclusions and argumentation;

1

2. Contains statements based on impermissible speculation rather than actual personal knowledge, in violation of Federal Rule of Evidence 602;

3. Relies upon inadmissible hearsay, in violation of Federal Rules of Evidence 801 and 802; and

**IT IS THEREFORE ORDERED** that Defendants' Objections to the Declaration of Nguyen Thanh Tu are hereby **GRANTED** in their entirety.

**IT IS FURTHER ORDERED** that the Declaration of Nguyen Thanh Tu is hereby **STRICKEN** from the record and shall not be considered by the Court for any evidentiary purpose.

SIGNED this _____ day of _____, 2026.

_____
**HON. LEE H. ROSENTHAL**
UNITED STATES DISTRICT JUDGE

2