## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Nguyen Thanh Tu

v.                                                    Case Number: 4:26−cv−01218

Atuta, Inc., et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 5/22/2026 at 01:30 PM before Judge Lee H Rosenthal, by video.

Date: April 12, 2026

Nathan Ochsner, Clerk
by G. Hassan, Deputy Clerk