**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,   §<br>    *Plaintiff,*   §<br>   §<br>v.   §<br>   §<br>ATUTA, INC. d/b/a PHO BOLSA TV,   §<br>VU HOANG LAN, ANDREW LE TV   §<br>AN THIEN LE aka ANDREW LE,   §<br>PREMIERLINE GROUP, LLC.,   §<br>TUAN THANH HO, HGP USA CORP.,   §<br>HOANG GIA PEARL, JSC., PHUNG   §<br>BACH DOAN, ESTHER K. LE,  THANH   §<br>NGA T. TRAN, PRISCILLA T. LE, TAI   §<br>VAN PHAM aka TONY PHAM, and   §<br>JOHN NGUYEN,   §<br>    *Defendants.*   § | CIVIL ACTION NO. 4:26-CV-1218 |

**DEFENDANT TU NGUYEN's REQUEST FOR JUDICIAL NOTICE OF
ORDER OF THE 10th JUDICIAL DISTRICT COURT,
THE HONORABLE JUDGE REBECCA MILLO, DATED APRIL 21, 2026**

Pursuant to Federal Rule of Evidence 201(b), Plaintiff Tu Nguyen respectfully requests that this Honorable Court take judicial notice of:

-The Order of the 10th Judicial District Court of Galveston County, Texas, the Honorable Judge Rebecca Millo, dated April 21, 2026, Vacating the October 4, 2017 Order Declaring Plaintiff Tu Nguyen a Vexatious Litigant, attached hereto as Exhibit "A".

Defendant further requests that the order of the Honorable Judge Rebecca Millo be incorporated into the record of this case for all purposes, including any determination regarding the standing, authority, or procedural propriety of Defendant Tu Ngueyn's filings before this Court, present or future.

Request for Judicial Notice                    Page **1** of 2

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, Texas 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com


By: /s/ Brian Turner
Brian Turner
State Bar No. 20310450

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via ECF and email, on this 30th day of April 2026.


/s/ Brian Turner
Brian Turner