Filed: 2/24/2026 4:04 PM
Envelope No. 111665339

**CAUSE NO. 17-CV-0790**

IN RE:  TU NGUYEN

§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT

10th JUDICIAL DISTRICT

GALVESTON COUNTY, TEXAS

**FILED
2026 APR 22 AM 10: 13
GALVESTON DISTRICT CLERK
COUNTY TEXAS**

## ORDER VACATING OCTOBER 4, 2017
## ORDER DECLARING PLAINTIFF TU NGUYEN
## A VEXATIOUS LITIGANT

ON THIS 21st day of April, 2026, the Court considered Tu Nguyen's Motion to Vacate this Court's October 4, 2017 Order Declaring Plaintiff Tu Nguyen a Vexatious Litigant. After reviewing the Motion, this Court finds that Plaintiff's Motion has merit and his Motion should be GRANTED;

IT IS THEREFORE ORDERED that Tu Nguyen's Motion to Vacate Order Declaring Plaintiff Tu Nguyen a Vexatious Litigant is in all respects GRANTED;

IT IS FURTHER ORDERED that the October 4, 2017 Order Declaring Plaintiff Tu Nguyen a Vexatious Litigant is hereby and immediately VACATED.

Signed this 21st day of April 2026.

By:_____
The Honorable Rebecca Millo
Presiding Judge

# Ex. A

Order Vacating October 4, 2017 Order        Page **1** of **1**

17 – CV – 0790
DCORDER
Order
3173485