**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **a/k/a TU NGUYEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:26-CV-1218** |
| | § | |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** | § | |
| **VU HOANG LAN, ANDREW LE TV,** | § | |
| **AN THIEN LE aka ANDREW LE,** | § | |
| **PREMIERLINE GROUP, LLC.,** | § | |
| **TUAN THANH HO, HGP USA CORP.,** | § | |
| **HOANG GIA PEARL, JSC,** | § | |
| **PHUNG BACH DOAN, ESTHER K. LE,** | § | |
| **THANH NGA T. TRAN,** | § | |
| **PRISCILLA T. LE, TAI VAN PHAM aka** | § | |
| **TONY PHAM, and JOHN NGUYEN** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ON OBJECTION**

On this day, the Court considered Defendants' Objection to Plaintiff Nguyen Thanh Tu's attempt to use a state-court order vacating his vexatious-litigant designation to affect the prior dismissal with prejudice and final judgment entered in Civil Action No. 4:25-CV-4982. After considering the motion(s), the response(s), the record, and applicable law, the Court ORDERS as follows:

1.      Defendants' Objection is **GRANTED**.

2.      To the extent Plaintiff seeks to set aside, reopen, or otherwise obtain relief

from the dismissal with prejudice and final judgment entered in Civil Action No. 4:25-CV-4982 based on the subsequent vacatur of his vexatious-litigant designation, such request is **DENIED**.

3.      All other relief not expressly granted is **DENIED**.

4.      Defendants' request for sanctions is **GRANTED** and Plaintiff is **ORDERED** to pay monetary sanctions in the amount of $100,000.00 to the State Bar of Texas Pro Bono Foundation no later than _____.

SIGNED this _____ day of _____, 2026.

_____
**HON. LEE H. ROSENTHAL**
UNITED STATES DISTRICT JUDGE