United States District Court
Southern District of Texas

**ENTERED**

May 01, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-1218 |
| | § | |
| ATUTA, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff, Nguyen Thanh Tu, has filed a motion for judicial notice, asking this court to take notice of an order from the 10th Judicial District Court of Galveston County, Texas, vacating the October 2017 order declaring him a vexatious litigant.  (Docket Entry No. 15). However, that Mr. Tu has allegedly had the vexatious litigant order lifted in the last two weeks does not inherently fix threshold issues with what is, in his own words, an attempt to "re-file" a case that Judge Hittner had already dismissed, with prejudice, months ago for failure to follow a court order.  Mr. Tu must still respond to this court's show cause order no later than May 8, 2026, explaining why, assuming this court concludes it has jurisdiction, this court should not dismiss the case, with prejudice.

SIGNED on April 30, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge