United States District Court
Southern District of Texas

**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

**EXHIBIT**
**B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-4982 |
| | § | |
| ATUTA, INC. D/B/A PHO BOLSA | § | |
| TV, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court are Plaintiff Tu Nguyen's Motion for Reconsideration (Document No. 9) and Plaintiff Tu Nguyen's 1st Amended Motion for Reconsideration (Document No. 10). Having considered the motions, submissions, and applicable law, the Court finds that the motions should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff Tu Nguyen's 1st Amended Motion for Reconsideration (Document No. 10) is **DENIED.** The Court further

**ORDERS** that Plaintiff Tu Nguyen's Motion for Reconsideration (Document No. 9) is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this __7__ day of November, 2025.

DAVID HITTNER
United States District Judge