United States District Court
Southern District of Texas
**ENTERED**
November 13, 2025
Nathan Ochsner, Clerk

EXHIBIT
**C**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-4982 |
| | § | |
| ATUTA, INC. D/B/A PHO BOLSA | § | |
| TV, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On October 31, 2025, the Court ordered Plaintiff Nguyen Thanh Tu, a vexatious litigant, to obtain written authorization from an administrative judge and post a security bond of $100,000 within 10 days as required by Tex. Civ. Prac. & Rem. Code § 11.102 and § 11.052(b).[1] A review of the record reveals that Plaintiff failed to obtain written authorization or post a security bond within the 10 days as required by the Court's Order on October 31, 2025. The Court notes Plaintiff Tu Nguyen's Motion for Extension where Plaintiff notifies the court that a request has been sent to the local Administrative Judge.[2] A review of the record reveals that this

---

[1] *Order Requiring Plaintiff to Obtain Permission from the Regional Administrative Judge and to Post a Security Bond of $100,000*, Document No. 8 at 2.

[2] *Plaintiff Tu Nguyen's Motion for Extension*, Document No. 14 at 1.

motion was filed after the 10-day deadline had expired and after Defendants' Notice to the Court of Plaintiff's failure to comply.[3] Accordingly, the Court hereby

**ORDERS** that Plaintiff Nguyen Thanh Tu's claims against all Defendants are **DISMISSED**. The Court further

**ORDERS** that all other pending motions in this matter are **DENIED AS MOOT**.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this **13** day of November, 2025.

DAVID HITTNER
United States District Judge

---

[3] *See Defendants' Notice to the Court of Nguyen Thanh Tu's Failure to Comply with the Court's October 31, 2025 Order*, Document No 13 at 1.

2