**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Chau D. Ho-Huynh, | § | |
| | § | |
| vs. | § | C.A. No. G-14-69 |
| | § | |
| Bank of America, N.A., | § | |
| | § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed Plaintiff's Motion for No-Evidence and "Traditional" Summary Judgment (Inst. # 46), however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1.    [  ]    Document is not signed. (LR11.3)

2.    [  ]    Document does not comply with LR11.3.A.(1) through (6)

3.    [  ]    Caption of the document is incomplete. (LR10.1)

4.    [  ]    No certificate of service nor explanation why service is not required. (LR5.4)

5.    [  ]    Motion does not comply with LR7.

       a.    [  ]    No statement of opposition or non-opposition. (LR7.2)

       b.    [  ]    No statement of conference between counsel. (LR7.1.D(1))

       c.    [  ]    No separate proposed order attached. (LR7.1C)

6.    [  ]    Motion to consolidate does not comply with LR7.6.

**EXHIBIT**

**I**

7.    [ ]    Document must be in 14 point font and double spaced. (Reference: Judge Hittner's procedure manual.)

8.    [X]    Other:  Plaintiff was admonished that filings regarding the foreclosure at issue in this case will result in severe sanctions because the litigation is substantially, if not completely, similar to three prior lawsuits.

The document is stricken.

Date:    _Mar. 23, 2015_

_(signature)_

David Hittner
United States District Judge