**EXHIBIT**

**N**

**Opinion issued February 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-17-00864-CV

————————————

**TU NGUYEN, Appellant**

**V.**

**RELATIVE LENDING, INC., Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CV-0790**

---

### MEMORANDUM OPINION

Appellant, Tu Nguyen, proceeding pro se, has neither paid the required filing

fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5,

20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 51.941(a), 101.041(1)

(West 2017); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts

of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).  On December 7, 2017, the late filing-fee notice sent from the Clerk of this Court to appellant on November 29, 2017, was returned and marked as:  "RETURN TO SENDER[,] NOT DELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD."

On January 4, 2018, the Clerk of this Court sent a notice of intent to dismiss for want of prosecution to appellant, notifying him that this appeal might be dismissed unless he updated his address and paid the filing fee.  *See* TEX. R. APP. P. 5, 9.1(b) ("A party not represented by counsel must sign any document . . . and give the party's mailing address, telephone number, fax number, if any, and email address."); 42.3(b), (c).  Appellant failed to timely respond.

Accordingly, we dismiss the appeal for want of prosecution for failure to pay all required fees.  *See* TEX. R. APP. P. 5, 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Higley.