**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **a/k/a TU NGUYEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:26-CV-1218** |
| | § | |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** | § | |
| **VU HOANG LAN, ANDREW LE TV,** | § | |
| **AN THIEN LE aka ANDREW LE,** | § | |
| **PREMIERLINE GROUP, LLC.,** | § | |
| **TUAN THANH HO, HGP USA CORP.,** | § | |
| **HOANG GIA PEARL, JSC,** | § | |
| **PHUNG BACH DOAN, ESTHER K. LE,** | § | |
| **THANH NGA T. TRAN,** | § | |
| **PRISCILLA T. LE, TAI VAN PHAM aka** | § | |
| **TONY PHAM, and JOHN NGUYEN** | § | |
| | § | |
| *Defendants.* | § | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT AN THIEN LE aka ANDREW LE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AN THIEN LE aka

ANDREW LE states that Defendant is an individual domiciled in and therefore a citizen

of California for purposes of diversity jurisdiction. Plaintiff also admitted that fact in his

Original Petition.[1]

---

[1] "An Thien Le a.k.a. Andrew Le ("Le") is an individual residing in Fountain Valley, California. . . .Le may be served with process at 17759 Toiyabe St., Fountain Valley, CA 92708, and 14541 Brookhurst St, D1 Westminster, California 92683,  See Plaintiff's Original Petition at Section B5, p. 2.

Dated: May 26, 2026

Respectfully submitted,

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel: (281) 492-7766
Fax: (281) 652-5973
**LEAD COUNSEL FOR DEFENDANTS ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, JOHN NGUYEN**

**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
**SPECIAL COUNSEL FOR DEFENDANT PHUNG BACH DOAN AND ATTORNEY IN CHARGE**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: /s/ *Lloyd E. Kelley*
**Lloyd E. Kelley**

3