IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, PHUNG BACH DOAN, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:26-CV-1218 |

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT ANDREW LE TV

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Andrew Le TV files this Disclosure Statement for purposes of diversity jurisdiction.

Andrew Le TV is not a corporation, limited liability company, partnership, or other juridical entity. It is a trade name under which Defendant An Thien Le, also known as Andrew Le, conducts business. For purposes of diversity jurisdiction, Andrew Le TV is attributed the citizenship of An Thien Le and is therefore a citizen of California.

Because Andrew Le TV is a trade name and not a separate legal entity, no parent

corporation or publicly held corporation owning 10% or more of its stock exists.

The citizenship of Andrew Le TV is based on the citizenship of An Thien Le which is California.

Dated: May 26, 2026                              Respectfully submitted,


**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel: (281) 492-7766
Fax: (281) 652-5973
**LEAD COUNSEL FOR DEFENDANTS ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, JOHN NGUYEN**

**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
**SPECIAL COUNSEL FOR DEFENDANT PHUNG BACH DOAN**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: /s/ *Lloyd E. Kelley*
**Lloyd E. Kelley**