IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL, JSC,<br>PHUNG BACH DOAN, ESTHER K. LE,<br>THANH NGA T. TRAN,<br>PRISCILLA T. LE, TAI VAN PHAM aka<br>TONY PHAM, and JOHN NGUYEN<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-1218 |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT PHUNG BACH DOAN**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Phung Bach Doan states that he is an individual domiciled in California and, for purposes of diversity jurisdiction, is a citizen of California, and Plaintiff admitted to this fact.[1]

---

[1] "Phung Bach Doan, known as ("Phung") . . .  Phung can be served at the address 11363 Snowdrop Ave, Fountain Valley, CA 92708." (Plaintiff's Original Petition at B13, p.3.)

1

Dated: May 26, 2026

Respectfully submitted,

**THE KELLEY LAW FIRM**
By: /s/ *Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel: (281) 492-7766
Fax: (281) 652-5973
**LEAD COUNSEL FOR DEFENDANTS
ATUTA, INC. d/b/a PHO BOLSA TV, VU
HOANG LAN, ANDREW LE TV, AN
THIEN LE aka ANDREW LE,
PREMIERLINE GROUP, LLC., TUAN
THANH HO, HGP USA CORP., HOANG
GIA PEARL, JSC, ESTHER K. LE, THANH
NGA T. TRAN, PRISCILLA T. LE, JOHN
NGUYEN**

**THE TAMMY TRAN LAW FIRM**
By: /s/ *Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
**SPECIAL COUNSEL FOR DEFENDANT
PHUNG BACH DOAN AND ATTORNEY
IN CHARGE**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**