IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL, JSC,<br>PHUNG BACH DOAN, ESTHER K. LE,<br>THANH NGA T. TRAN,<br>PRISCILLA T. LE, TAI VAN PHAM aka<br>TONY PHAM, and JOHN NGUYEN<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-1218 |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT TAI VAN PHAM aka TONY PHAM**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TAI VAN PHAM aka

TONY PHAM states that Defendant is an individual domiciled in Missouri (MO) and

therefore a citizen of for purposes of diversity jurisdiction.[1]

---

[1] "Tai Van Pham, also known as Tony Pham ("Pham") . . . . Pham resides in Kansas City, Missouri. Pham may be served at the following addresses: 435 Denver Ave., Kansas City, MO 74124, or 2531 Broadway Bluffs Dr., Columbia, MO 65201." (Plaintiff's original Petition at B14 p.3.)

Dated: May 26, 2026           Respectfully submitted,

**POLLAND & ASSOCIATES, P.C.**
By: /s/ Gary M. Polland
**Gary M. Polland**
State Bar No. 16095800
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com
**COUNSEL FOR DEFENDANT**
**TAI VAN PHAM aka TONY PHAM**

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: /s/ Gary M. Polland
**Gary M. Polland**

2