**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **a/k/a TU NGUYEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:26-CV-1218** |
| | § | |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** | § | |
| **VU HOANG LAN, ANDREW LE TV,** | § | |
| **AN THIEN LE aka ANDREW LE,** | § | |
| **PREMIERLINE GROUP, LLC.,** | § | |
| **TUAN THANH HO, HGP USA CORP.,** | § | |
| **HOANG GIA PEARL, JSC,** | § | |
| **PHUNG BACH DOAN, ESTHER K. LE,** | § | |
| **THANH NGA T. TRAN,** | § | |
| **PRISCILLA T. LE, TAI VAN PHAM aka** | § | |
| **TONY PHAM, and JOHN NGUYEN** | § | |
| | § | |
| *Defendants.* | § | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT VU HOANG LAN**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vu Hoang Lan states

that Defendant is an individual domiciled in and therefore a citizen of California for

purposes of diversity jurisdiction. Plaintiff has also admitted this fact.[1]

---

[1] Vu Hoang Lan "is an individual residing in Westminster, California. Vu may be served with process at 9550 Bolsa Ave STE 228 Westminster, CA 92683, 9600 Bolsa Ave Westminster, unit 106 Westminster, CA 92683, and 9361 Bolsa Ave #202 Westminster, CA 92683. . ." (Plaintiff's Original Petition at B3, p1.)

Dated: May 26, 2026                    Respectfully submitted,

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel: (281) 492-7766
Fax: (281) 652-5973
**LEAD COUNSEL FOR DEFENDANTS
ATUTA, INC. d/b/a PHO BOLSA TV, VU
HOANG LAN, ANDREW LE TV, AN
THIEN LE aka ANDREW LE,
PREMIERLINE GROUP, LLC., TUAN
THANH HO, HGP USA CORP., HOANG
GIA PEARL, JSC, ESTHER K. LE, THANH
NGA T. TRAN, PRISCILLA T. LE, JOHN
NGUYEN**

**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
**SPECIAL COUNSEL FOR DEFENDANT
PHUNG BACH DOAN AND ATTORNEY
IN CHARGE**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**