## California
*Secretary of State*

**Business**    UCC

Home

Search

Forms

My Work Queue

My Records

Data Requests

Help

> **EXHIBIT**
> **A**

 An Le
vpandrewle@gmail.com

HGP USA (4773292)

# Business Search

Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.

### Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1   [Create a **biz**file online account or login](#) to your existing **biz**file Online account.

2   Navigate back to the Search page, then locate and select the entity using the search tool below.

3   Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.

4   Complete your request online.

**Need help?** For more information, see the [Help Guide](#) or [Video Library](#). To contact the California Secretary of State's office, view the [Contact Information](#). For information on **access requests**, see the [Account Access Guide](#).

### What's Included in Search

> **Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations**.
>
> PDF copies of recent **Statements of Information** and other filings.
>
> Distinguishable entity names to be checked for name availability.

Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper [Business Entity Records Order Form](#).

### Search Tips

> Search by **entity name** or **entity number** (remove "C" from number).
>
> Performs a "keyword" search.
>
> Results limited to the **500 closest matches**.
>
> Advanced Search

[Skip to main content](#)    State


File Amendment


File Statement of Information


Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY,CA92708 |
| *Statement of Info Due Date* | 08/31/2026 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA  92708 |


View History


Request Access



| Business | UCC |

*View **more than the 500 default** results.*

HGP USA (4773292)



## Important Notes

**Disclaimer:** *All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

**Need help?** *For more information, select* Forms *on the menu, view the* Help Guide *or* Video Library. *To contact the California Secretary of State's office, view the* Contact Information.

HGP usa 🔍

Advanced ⌄

Results: 2

| Entity Information | | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|---|
| HGP USA (4773292) | > | 01/09/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | THANH TUAN HO |
| HGP USA, LLC (202002810005) | > | 01/09/2020 | Converted Out | Limited Liability Company - CA | CALIFORNIA | THANH TUAN HO |

|  |  |
|---|---|
| File Amendment | File Statement of Information | Request Certificate |

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY,CA92708 |
| *Statement of Info Due Date* | 08/31/2026 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA  92708 |



View History



Request Access

© 2026 CA Secretary of State