IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU | § | |
| a/k/a TU NGUYEN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-1218 |
| | § | |
| ATUTA, INC. d/b/a PHO BOLSA TV, | § | |
| VU HOANG LAN, ANDREW LE TV, | § | |
| AN THIEN LE aka ANDREW LE, | § | |
| PREMIERLINE GROUP, LLC., | § | |
| TUAN THANH HO, HGP USA CORP., | § | |
| HOANG GIA PEARL, JSC, | § | |
| PHUNG BACH DOAN, ESTHER K. LE, | § | |
| THANH NGA T. TRAN, | § | |
| PRISCILLA T. LE, TAI VAN PHAM aka | § | |
| TONY PHAM, and JOHN NGUYEN | § | |
| | § | |
| *Defendants.* | § | |

RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT HOANG GIA PEARL, JOINT STOCK COMPANY (JSC)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hoang Gia Pearl, JSC.

states that it is a corporation organized under the laws of the Socialist Republic of

Vietnam, with its principal place of business in Vietnam. For purposes of diversity

jurisdiction, Hoang Gia Pearl, JSC is a citizen of Vietnam.[1] Defendant Hoang Gia Pearl,

---

[1] *See* Ex. A -- The corporate documents established that Hoang Gia Pearl JSC was incorporated in Vietnam and that its principal place of business and headquarters are located in Ho Chi Minh City, Vietnam. A certified English translation of the Vietnamese corporate documents is attached. Plaintiff also admitted: "Hoang Gia Pearl, JSC ("HGP") is located at 1156-1158 Huỳnh Tấn Phát, KP5, Phường Tân Phú, Quận 7, Thành phố Hồ Chí Minh, Việt Nam." (Plaintiff's Original Petition at B11, p.3.)

JSC. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: May 26, 2026

Respectfully submitted,

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel: (281) 492-7766
Fax: (281) 652-5973
**LEAD COUNSEL FOR DEFENDANTS ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, JOHN NGUYEN**

**THE TAMMY TRAN LAW FIRM**
By: */s/ Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
**SPECIAL COUNSEL FOR DEFENDANT PHUNG BACH DOAN AND ATTORNEY IN CHARGE**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: /s/ *Lloyd E. Kelley*
**Lloyd E. Kelley**