| | |
|---|---|
| HOCHIMINH CITY | **SOCIALIST REPUBLIC OF VIETNAM** |
| DEPARTMENT OF FINANCE | **Independence - Freedom - Happiness** |
| **BUSINESS REGISTRATION OFFICE** | ------------------- |

# CERTIFICATE OF BUSINESS REGISTRATION
# FOR JOINT STOCK COMPANY

**Business code: 0309229395**

*The first registration dated July 11, 2009*
*The 16th registration for change dated on December 17, 2025*

**1. Company name**

Company name in Vietnamese: CÔNG TY CỔ PHẦN NGỌC TRAI HOÀNG GIA
Company name in foreign language: HOANG GIA PEARL JOINT STOCK COMPANY
Abbreviated name: HOANG GIA PEARL

**2. Address of Head office**:

54 Nguyen Thi Thap Str., Tan Hung Ward, Hochiminh City, Vietnam.
Tel: 028.22532277                    Fax: 028.22532266
Email: info@hoanggiapearl.com       Website: www.hoanggiapearl.com

**3. Charter capital**:

Charter capital: VND 3,300,000,000
In words: Three billion three hundred million Vietnam Dong.
Par value of the share: VND 10,000
Total shares: 330,000

**4. Company legal representative:**

Full name: NGUYEN, THI TRUONG AN                    Gender: FEMALE
Date of birth: February 06, 1981       Ethnic group: Kinh       Nationality: Vietnam
Number of personal identification: 082181019718
Title: DIRECTOR
Registered place of permanent residence: 122/27/4 Ton Dan Str., Khanh Hoi Ward, Hochiminh City, Vietnam

**For the Chief of Business Registration Office**
**Deputy Chief**
*(Signed and sealed)*

HO HOANH SON

EXHIBIT

A

SỞ TÀI CHÍNH
THÀNH PHỐ HỒ CHÍ MINH
**PHÒNG ĐĂNG KÝ KINH DOANH**

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**
**Độc lập - Tự do - Hạnh phúc**

## GIẤY CHỨNG NHẬN ĐĂNG KÝ DOANH NGHIỆP
## CÔNG TY CỔ PHẦN

**Mã số doanh nghiệp: 0309229395**

*Đăng ký lần đầu: ngày 11 tháng 07 năm 2009*
*Đăng ký thay đổi lần thứ: 16, ngày 17 tháng 12 năm 2025*

### 1. Tên công ty

Tên công ty viết bằng tiếng Việt: CÔNG TY CỔ PHẦN NGỌC TRAI HOÀNG GIA

Tên công ty viết bằng tiếng nước ngoài: HOANG GIA PEARL JOINT STOCK COMPANY

Tên công ty viết tắt: HOANG GIA PEARL

### 2. Địa chỉ trụ sở chính

*54 Nguyễn Thị Thập, Phường Tân Hưng, Thành phố Hồ Chí Minh, Việt Nam*

Điện thoại: *028.22532277*                Số Fax: *028.22532266*

Thư điện tử: *info@hoanggiapearl.com*        Website: *www.hoanggiapearl.com*

### 3. Vốn điều lệ: 3.300.000.000 đồng.

*Bằng chữ: Ba tỷ ba trăm triệu  đồng*

Mệnh giá cổ phần:  10.000 đồng

Tổng số cổ phần:    330.000

### 4. Người đại diện theo pháp luật của công ty

\*   Họ, chữ đệm và tên: NGUYỄN THỊ TRƯỜNG AN          Giới tính: *Nữ*

Ngày, tháng, năm sinh: *06/02/1981*        Quốc tịch: *Việt Nam*

Số định danh cá nhân: *082181019718*

Chức danh:   Giám đốc

Địa chỉ liên lạc: *122/27/4 Tôn Đản , Phường Khánh Hội, Thành phố Hồ Chí Minh, Việt Nam*

KT.TRƯỞNG PHÒNG
PHÓ TRƯỞNG PHÒNG

Hồ Hoành Sơn

# **CERTIFICATE OF TRANSLATION**

(Unsworn Declaration Pursuant to Tex. Civ. Prac. & Rem. Code § 132.001)

My name is Le, Hong Hai, my date of birth is 08/25/1977, and my address is 9666 Blackhawk Blvd, Houston, Texas 77075, United States. I declare under penalty of perjury that the following is true and correct:

1.  I am fluent in both English and Vietnamese.

2.  I am competent to translate documents from Vietnamese to English and have worked as a translator for from Vietnamese to English and vice versa for more than ten (10) years.

3.  I translated the attached documents from Vietnamese into English.

4.  I certify that the translation is a true, accurate, and complete rendition of the original Vietnamese-language Certificate of Business Registration of Hoang Gia Pearl Joint Stock Company.

Executed in Harris County, State of Texas, on the 25th of May, 2026

_____

LE, HONG HAI

Date: May 25, 2026