IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **a/k/a TU NGUYEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:26-CV-1218** |
| | § | |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** | § | |
| **VU HOANG LAN, ANDREW LE TV,** | § | |
| **AN THIEN LE aka ANDREW LE,** | § | |
| **PREMIERLINE GROUP, LLC.,** | § | |
| **TUAN THANH HO, HGP USA CORP.,** | § | |
| **HOANG GIA PEARL, JSC,** | § | |
| **PHUNG BACH DOAN, ESTHER K. LE,** | § | |
| **THANH NGA T. TRAN,** | § | |
| **PRISCILLA T. LE, TAI VAN PHAM aka** | § | |
| **TONY PHAM, and JOHN NGUYEN** | § | |
| | § | |
| *Defendants.* | § | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT JOHN NGUYEN**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant JOHN NGUYEN states

that Defendant is an individual domiciled in and therefore a citizen of Texas and who is

fraudulently joined.[1]

---

[1] *See* the Exhibit A - Affidavit of John Nguyen, as he has nothing to do with Plaintiff's defamation claims. Plaintiff admitted in his Reply that he sued John Nguyen solely for conspiracy; however, conspiracy is not an independent cause of action and is only derivative of an underlying claim. Further, Plaintiff alleges that John Nguyen, who served as a director (for only three months for HGP USA Corp.) conspired with the corporation and officers. However, a director could not legally conspire with the corporation and other officers and directors. At the hearing on May 22, 2026 Plaintiff alleged that there are exceptions to this anti-corporation conspiracy rule, but did not identify or explain verbally or in any of his pleadings what those

Dated: May 26, 2026

Respectfully submitted,

**THE KELLEY LAW FIRM**
By: /s/ *Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel: (281) 492-7766
Fax: (281) 652-5973
**LEAD COUNSEL FOR DEFENDANTS ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC, ESTHER K. LE, THANH NGA T. TRAN, PRISCILLA T. LE, JOHN NGUYEN**

**THE TAMMY TRAN LAW FIRM**
By: /s/ *Minh-Tam Tran*
**MINH-TAM TRAN**
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place #418
Bellaire, Texas 77401
Tel: (713) 655-0737
Mobile: (832) 372-4403
**SPECIAL COUNSEL FOR DEFENDANT PHUNG BACH DOAN AND ATTORNEY IN CHARGE**

---

exceptions are.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**