EXHIBIT
A

## AFFIDAVIT OF JOHN NGUYEN

STATE OF TEXAS         §
COUNTY OF DALLAS       §

I, **John Nguyen**, being first duly sworn, declare as follows:

### Personal Information

1. My name is John Nguyen. I am over the age of eighteen (18) and competent to make this affidavit.

2. My statements contained in this affidavit are true and correct and based upon my personal knowledge, and if called to testify, I could and would competently testify thereto.

### No Social Media Involvement

3. I have never been involved in any Vietnamese community and never discussed or post any comments on social media. I am not a Youtuber content creator.

4. My Facebook account is located at: https://www.facebook.com/drizzenstar/.

5. I have made no postings related to any Vietnamese community controversy or drama. If one can search the history of my Facebook, I never post any statements concerning Plaintiff Nguyen Thanh Tu or any of the defendants.

6. I do not operate any YouTube channel, nor have I posted any YouTube content related to any matters concerning Plaintiff Nguyen Thanh Tu or any of the defendants.

### Business Relationship with Thanh Tuan Ho and My Role in HGP USA (2025)

6. I met Thanh Tuan Ho ("Tuan Ho") in California on or about January 2025 regarding a business proposal selling goods on Amazon.

7. On February 24, 2025, both Kyle Nguyen and John Nguyen (myself) were added to the Board of Directors of HGP USA.

8. From February 24, 2025 through May 20, 2025, my official title with HGP USA was Director.

9. The business would be involved selling goods on Amazon through an entity known as HGP USA.

10. The business's proposal to Amazon was rejected by Amazon.

1

11. After Amazon declined to consider the proposal of HGP USA, I requested my name to be removed as a director of Involvement with the company and had no further business discussions with Tuan Ho.

12. On May 20, 2025, both Kyle Nguyen and I, John Nguyen, were formally removed from the Board of Directors.

13. Beginning May 20, 2025, the sole remaining director of the corporation was Thanh Tuan Ho.

14. My involvement with HGP USA was limited to the above-referenced time period and role.

15. I was not involved in any operations of the company outside of that limited period in our attempt to do business with Amazon. .

## Corporate History of HGP USA

16. According to the California Secretary of State business records:

- **HGP USA, LLC (Entity No. 202002810005)** was formed on **January 9, 2020,** and later marked as "Converted Out." *See Exhibit A.*

- On the same date, **HGP USA (Entity No. 4773292)** was registered as a **California Stock Corporation – CA General**, and is currently listed as Active. *See Exhibit B.*

17. The Secretary of State records reflect that the LLC was converted into a Stock Corporation effective January 9, 2020.

   Copies of the California Secretary of State search results are attached hereto as **Exhibit A (LLC record)** and **Exhibit B (Stock Corporation record).**

18. After May 20, 2025, I had no further involvement, management authority, or ownership role in HGP USA. Nor I have ever involved in social media activities with Plaintiff Thanh Tu Nguyen or any Defendants.

## Fraudulent Joinder and Absence of Any Viable Claim

19. My understanding is that the same Plaintiff Thanh Tu Nguyen has previously sued the same defendants in the 11th District Court of Harris County, and such case was removed to Federal Court before Federal Judge David Hittner who dismissed the action based on the ruling that as a declared vexatious litigation he failed to obtain pre filing permission and failed to pay $100,000 deposit.[1] Plaintiff

[1] **Civil Action No. 4:25cv04982,** *Nguyen Thanh Tu, also known as Tu Nguyen, Atuta, Inc. doing business as Pho Bolsa TV, et Al.,* in the United States District Court for the Southern District of Texas, Houston Division *was removed* from: **Cause No. 2025-77842 -** *Nguyen Thanh Tu, also known as Tu Nguyen v.*

then refiled this case in the 164th Harris County District Court, naming me as a defendant in this lawsuit.

20. I categorically deny each and every allegation asserted against me.

21. Plaintiff 's alleged statement that I *"John Nguyen. . . at all pertinent times, was the 'nerve center' for HGP"* and that *"Mr Nguyen, in February of 2025, was appointed to the board of directors of HGP USA Corp, entrusted with spearheading the company's international expansion, focusing on both the Vietnamese and non-Vietnamese speaking in the Texas market. His mission was to engage the dynamic Vietnamese diaspora of over 700,000 Vietnamese American in Texas, many of whom were targeted by Defendants' actions"* **is absolutely FALSE.** See Plaintiff's Amended Original Petition at Section 15.

22. Plaintiff 's alleged statement that *"The actions of the founders, co-founders, co-owners, and directors, including **Defendant John Nguyen**, have created a foreseeable risk that has caused harm to the Plaintiff while trying to promote the interests of Premierline, ATUTA, Inc (operating as Pho Bolsa TV), HGP, and Royal Pearl"* **is likewise is absolutely FALSE.** See Plaintiff 's Amended Original Petition at Section 82.

23. These two alleged statements are false without any evidence to support. Thanh Tu Nguyen sole purpose is to include the false allegations to defeat federal jurisdiction based on diversity.

24. The joinder is improper because there is no reasonable basis for the district court to predict that Plaintiff might be able to recover against me, the in-state defendant.

25. Here, Plaintiff's petition contains no factual allegations establishing any viable claim of defamation against me. Plaintiff does not identify any statement made by me, John Nguyen, any publication authored by me, or any conduct linking me to the alleged wrongdoing.

26. Plaintiff Thanh Tu Nguyen's petition fails to identify **any statement, publication, communication,** or **conduct** attributable to me.

27. Plaintiff Thanh Tu Nguyen does not allege that I authored, approved, published, ratified, or directed any defamatory or tortious content.

28. I have never acted in concert, jointly, or in conspiracy with any defendant.

29. I had no involvement in any conduct giving rise to Plaintiff Thanh Tu Nguyen's claims.

---

*Atuta, Inc. doing business as Pho Bolsa TV; Vu Hoang Lan; Andrew Le; An Thien Le, also known as Andrew Le; Premierline Group, LLC; Tuan Thanh Ho; HGP USA Corp.; Hoang Gia Pearl Co.; and Phung Bach Doan, in Cause No. 202577842 in the 11th Judicial District Court of Harris County, Texas.*

3

30. Plaintiff Thanh Tu Nguyen has alleged no facts establishing duty, breach, causation, or damages as to me.

31. There is **no reasonable basis in law or fact** for any claim against me.

32. I am informed and believe that Plaintiff Thanh Tu Nguyen named me solely because I share citizenship with Plaintiff, and the sole purpose is to deprive federal jurisdiction the federal court in Sothem district, Houston Division.

33. My joinder serves no legitimate substantive purpose and exists only to **defeat federal diversity jurisdiction**.

34. Plaintiff's joinder of I myself is improper, made in bad faith, and constitutes fraudulent joinder under federal law.

**Conclusion**

35. I make this affidavit voluntarily for the purpose of clarifying my limited role and period of involvement with HGP USA  and with Plaintiff or any Defendants in this defamation action.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on this _12_ day of February 2026.

_____
John Nguyen, Affiant

---

**NOTARY ACKNOWLEDGMENT**

STATE OF TEXAS            §
COUNTY OF ~~DALLAS~~        §
  cc Denton

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

On this _12_ day of February 2026, before me, Notary Public, personally appeared **John Nguyen,** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument and acknowledged that he executed the same for the purposes therein contained.

4

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public, State of Texas

CONNOR CREWS
Notary Public, State of Texas
Comm. Expires 04-05-2026
Notary ID 133687018

5

**California**
*Secretary of State*

Business    UCC

| | EXHIBIT A |

🛒    **An Le**
vpandrewle@gmail.com

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

### HGP USA, LLC (202002810005)

📝 File Amendment    📜 Request Certificate

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1  *Create a **biz**file online account or login to your existing **biz**file Online account.*

2  *Navigate back to the Search page, then locate and select the entity using the search tool below.*

3  *Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.*

4  *Complete your request online.*

**Need help?** *For more information, see the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information. For information on **access requests**, see the Account Access Guide.*

## What's Included in Search

*   **Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations.**

*PDF copies of recent **Statements of Information** and other filings.*

*Distinguishable entity names to be checked for name availability.*

*Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper Business Entity Records Order Form.*

## Search Tips

*Search by **entity name** or **entity number** (remove "C" from number).*

*Performs a "keyword" search.*

*Results limited to the **500 closest matches**.*

*Advanced Search*

Skip to main content    State

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Converted Out |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Inactive Date* | 08/02/2021 |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE. FOUNTAIN VALLEY,CA92708 |
| ⚠ *Statement of Info Due Date* | 01/01/0001 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA  92708 |

🕐 View History    👥 Request Access

Business        UCC

*View **more than the 500 default** results.*

### Important Notes

***Disclaimer:*** *All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

***Need help?*** *For more information, select* *Forms* *on the menu, view the* *Help Guide* *or* *Video Library*. *To contact the California Secretary of State's office, view the* *Contact Information*.

> HGP USA LLC                            🔍

Advanced ⌄

Results: 1

| Entity Information | | Initial Filing Date | | Status | Entity Type | | Formed In | | Agent |
|---|---|---|---|---|---|---|---|---|---|
| HGP USA, LLC (202002810005) | › | 01/09/2020 | | Converted Out | Limited Liability Company - CA | | CALIFORNIA | | THANH TUAN HO |

Home

Search

Forms

My Work Queue

My Records

Data Requests

Help



HGP USA, LLC (202002810005)

File Amendment        Request Certificate

| | |
|---|---|
| Initial Filing Date | 01/09/2020 |
| Status | Converted Out |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Inactive Date | 08/02/2021 |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA 92708 |
| Mailing Address | 11363 SNOWDROP AVE. FOUNTAIN VALLEY,CA92708 |
| ⚠ *Statement of Info Due Date* | 01/01/0001 |
| Agent | Individual THANH TUAN HO 11363 SNOWDROP AVE. FOUNTAIN VALLEY, CA  92708 |

View History        Request Access

## California
*Secretary of State*

**Business**   UCC

**EXHIBIT B**

  An Le
vpandrewle@gmail.com

Home

Search

Forms

My Work Queue

My Records

Data Requests

Help

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1  *Create a **biz**file online account or login to your existing **biz**file Online account.*

2  *Navigate back to the Search page, then locate and select the entity using the search tool below.*

3  *Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.*

4  *Complete your request online.*

**Need help?** *For more information, see the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information. For information on **access requests**, see the Account Access Guide.*

## What's Included in Search

**Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations**.

*PDF copies of recent **Statements of Information** and other filings.*

*Distinguishable entity names to be checked for name availability.*

*Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper Business Entity Records Order Form.*

## Search Tips

*Search by **entity name** or **entity number** (remove "C" from number).*

*Performs a "keyword" search.*

*Results limited to the **500 closest matches**.*

*Advanced Search*

Skip to main content  State

### HGP USA (4773292)

File Amendment   File Statement of Information   Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY,CA92708 |
| *Statement of Info Due Date* | 08/31/2026 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |



View History   Request Access



| Business | UCC |
|---|---|

*View **more than the 500 default** results.*

HGP USA (4773292)

## Important Notes

**Disclaimer:** *All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

**Need help?** *For more information, select* Forms *on the menu, view the* Help Guide *or* Video Library. *To contact the California Secretary of State's office, view the* Contact Information.



| | | |
|---|---|---|
| File Amendment | File Statement of Information | Request Certificate |

| | |
|---|---|
| *Initial Filing Date* | 01/09/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA 92708 |
| *Mailing Address* | 11363 SNOWDROP AVE FOUNTAIN VALLEY,CA92708 |
| *Statement of Info Due Date* | 08/31/2026 |
| *Agent* | Individual THANH TUAN HO 11363 SNOWDROP AVE FOUNTAIN VALLEY, CA  92708 |

HGP usa

Advanced ⌄

Results: 2

| Entity Information ⇕ | Initial Filing Date ⇕ | Status ⇕ | Entity Type ⇕ | Formed In ⇕ | Agent ⇕ |
|---|---|---|---|---|---|
| HGP USA (4773292) › | 01/09/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | THANH TUAN HO |
| HGP USA, LLC (202002810005) › | 01/09/2020 | Converted Out | Limited Liability Company - CA | CALIFORNIA | THANH TUAN HO |

 

| | |
|---|---|
| View History | Request Access |

BA20250383525

B3470-0302 02/24/2025 11:30 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20250383525

Date Filed: 2/24/2025

| Entity Details | |
|---|---|
| Corporation Name | HGP USA |
| Entity No. | 4773292 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ▪ THANH TUAN HO | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| THANH TUAN HO | 11363 Snowdrop Ave<br>Fountain Valley, CA 92708 |
| ➕ KYLE TRUONG NGUYEN | 122 E EDINGER AVE<br>SANTA ANA, CA 92707 |
| ➕ JOHN NGUYEN | 2540 NORTHLAKE DR<br>GRAND PRAIRIE, TX 75054 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | THANH TUAN HO |
| Agent Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

**Type of Business**

| | |
|---|---|
| Type of Business | JEWELRY SALES |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒   By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*VINH NGUYEN*                                              *02/24/2025*

Signature                                                           Date

B3470-0303 02/24/2025 11:30 AM Received by California Secretary of State

BA20251107541



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251107541

Date Filed: 5/20/2025

| Entity Details | |
| --- | --- |
| Corporation Name | HGP USA |
| Entity No. | 4773292 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| THANH TUAN HO | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 | Chief Executive Officer, Chief Financial Officer, Secretary |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

Directors

| Director Name | Director Address |
| --- | --- |
| THANH TUAN HO | 11363 Snowdrop Ave<br>Fountain Valley, CA 92708 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| Agent Name | THANH TUAN HO |
| Agent Address | 11363 SNOWDROP AVE<br>FOUNTAIN VALLEY, CA 92708 |

| Type of Business | |
| --- | --- |
| Type of Business | JEWELRY SALES & BUSINESS CONSULTING |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B3704-5732 05/20/2025 2:11 PM Received by California Secretary of State

Electronic Signature

☒   By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*VINH NGUYEN*                     *05/20/2025*

Signature                                Date

B3704-5733 05/20/2025 2:11 PM Received by California Secretary of State