# TAMMY TRAN
# ATTORNEYS AT LAW, LLP

4900 Fournace Place, Suite 418
Bellaire, Texas 77401
ttran@tt-lawfirm.com
Tel: 713.655.0737
Fax: 713.714.2397
tammytranlaw.net

May 25, 2026

Mr. Brian Turner
Law Office of Brian Turner
308 N. Washington Ave.
Bryan, TX 77803
979-583-9200
979-314-9533 – FAX
www.brianturnerlaw.com

Good morning, Mr. Turner, my colleague:

We will report Tu Nguyen's conduct to the federal court. Tu Nguyen must stop sending his two (2) YouTuber friends on social media daily to  speak negatively about *Judge Hittner, Defendants, the Defendants' lawyers, and even Mr. Gerard Williams who has nothing to do with this dispute matter,* and to mischaracterize the Rule 16 conference as a process by which Judge Rosenthal proposed that the parties enter some form of mediation because she supposedly knew that the Defendants' attorneys always support wealthy people and that Tu Nguyen had a "99% chance of winning." In this clip, Tu Nguyen sent his thanks to Hung Bui for giving him what he described as "great legal advice." However, everyone who practices in federal court knew or should have known that the Rule 16 conference notice was routinely issued in every case, even there are pending dispositive motions.

In fact, as of yesterday, May 24, 2026, the Court Reporter's Minutes still state that the **Motion to Remand [including the preclusive effect of Judge Hittner's dismissal] <u>remains pending.</u>** Judge Rosenthal has taken both the remand issue and the preclusive effect under advisement. The Judge will likely issue a formal written order addressing both points together in the very near future.

<div style="border:1px solid black; display:inline-block; padding:8px;">

**EXHIBIT**

**A**

</div>

**MOTION HEARING held before Judge Lee H Rosenthal on 5/22/2026. The court heard argument on the pending motion to remand and the preclusive effect of Judge Hittner's dismissal. The motion to remand remains pending. Appearances: Brian Turner, Minh-Tam Tran. (Court Reporter: L. Smith) (gmh4)**

We have downloaded all videos in which Tu Nguyen sent two YouTubers who are his friends on social media to make negative statements, and we intend to report these videos to Judge Rosenthal and Judge Hittner if Mr. Tu Nguyen does not cease his vexatious actions of disturbing and harassing Judge Hittner, the attorneys, as well as the Defendants in this litigation matter.

**Translation:**

Chúng tôi sẽ báo cáo hành vi của Tu Nguyen lên Tòa án Liên bang. Tu Nguyen phải chấm dứt việc gửi hai (2) YouTubers quen biết của mình trên mạng xã hội để phát biểu tiêu cực về Thẩm phán Hittner, các Bị đơn, các luật sư của Bị đơn, và ông Gerard Williams, người hoàn toàn không dính líu gì đến vụ kiện tụng này, đồng thời xuyên tạc phiên họp Rule 16 như thể đó là một thủ tục mà Thẩm phán Rosenthal đề nghị các bên tham gia một hình thức hòa giải nào đó, vì bà được cho là biết rằng các luật sư của Bị đơn luôn đứng về phía người giàu và rằng Tu Nguyen có "99% cơ hội chiến thắng."

Trong đoạn clip này, Tu Nguyen đã cảm ơn Hung Bui vì đã đưa cho ông ta điều mà ông ta mô tả là "lời khuyên pháp lý tuyệt vời." Tuy nhiên, bất kỳ ai hành nghề tại Tòa án Liên bang đều biết hoặc đáng lẽ phải biết rằng thông báo về Rule 16 được ban hành theo thông lệ trong mọi vụ án. Tính đến ngày hôm qua, 24/5/2026, Biên bản vẫn ghi rằng **Motion to Remand [including the preclusive effect of Judge Hittner's dismissal]** vẫn đang chờ được quyết định. Thẩm phán Rosenthal hiện đang xem xét cả vấn đề chuyển trả vụ án (remand) lẫn hiệu lực tiền tố ngăn chặn (preclusive effect and dismissal with prejudice). Thẩm phán sẽ sớm ban hành một lệnh chính thức bằng văn bản để đồng thời giải quyết cả hai vấn đề này trong thời gian rất gần.

**PHIÊN ĐIỀU TRẦN đã được tổ chức trước Thẩm phán Lee H. Rosenthal vào ngày 22/5/2026. Tòa án đã nghe tranh luận về** *Motion to Remand* **đang chờ giải quyết và** *hiệu lực preclusion của quyết định bác đơn của Thẩm phán Hittner*. **Motion to Remand vẫn đang chờ được quyết định. Thành phần L.S. tranh luận: Brian Turner, Minh-Tam Tran. (Phóng viên tòa án: L. Smith) (gmh4).**

Chúng tôi đã tải xuống tất cả các video trong đó Tu Nguyen đã gửi hai YouTubers quen biết của mình trên mạng xã hội để đưa ra những phát biểu tiêu cực, và chúng tôi dự định sẽ báo cáo các video này lên Thẩm phán Rosenthal và Thẩm phán Hittner nếu ông Tu Nguyen không chấm dứt các hành vi quấy nhiễu và gây phiền toái của mình đối với Thẩm phán Hittner, các luật sư, cũng như các Bị đơn trong vụ kiện này.

Respectfully,

**THE TAMMY TRAN LAW FIRM**

By: _____

MINH-TAM "TAMMY"TRAN
Texas State Bar No. 20186400
ttran@tt-lawfirm.com
4900 Fournace Place, 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
**ATTORNEY IN CHARGE OF THE MATTER**

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
Lloyd E. Kelley
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240, PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973
**LEAD COUNSEL**

3