**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** <br> **a/k/a TU NGUYEN,** | § <br> § <br> § | |
| *Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § | **CIVIL ACTION NO. 4:26-CV-1218** |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** <br> **VU HOANG LAN, ANDREW LE TV,** <br> **AN THIEN LE aka ANDREW LE,** <br> **PREMIERLINE GROUP, LLC.,** <br> **TUAN THANH HO, HGP USA CORP.,** <br> **HOANG GIA PEARL, JSC,** <br> **PHUNG BACH DOAN, ESTHER K. LE,** <br> **THANH NGA T. TRAN,** <br> **PRISCILLA T. LE, TAI VAN PHAM a/k/a** <br> **TONY PHAM, and JOHN NGUYEN** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |
| *Defendants.* | § | |

**ORDER**

Tu Nguyen's contumacious conduct resulted in a dismissal with prejudice by Judge Hittner, which he failed to timely appeal. Consequently, any further attempt to relitigate or appeal that dismissal would fall outside the Fifth Circuit's jurisdiction. THEREFORE, based on the claim preclusion effect, this case is **DISMISSED WITH PREJUDICE** as a matter of law.

As to Plaintiff's Motion to Remand, Plaintiff expressly admits that the sole

claim asserted against Resident Defendant John Nguyen is a derivative civil conspiracy claim. Because no viable underlying tort exists, and because the claim is independently barred by the intracorporate conspiracy doctrine, Plaintiff cannot establish any reasonable possibility of recovery against the Resident Defendant. Accordingly, John Nguyen was fraudulently joined for the purpose of defeating diversity jurisdiction, and Plaintiff's motion to remand is in all things **DENIED**.

SIGNED this _____ day of _____, 2026.

_____
**HON. LEE H. ROSENTHAL**
UNITED STATES DISTRICT JUDGE