**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| ATUTA, INC. d/b/a PHO BOLSA TV, | § | |
| VU HOANG LAN, ANDREW LE TV | § | |
| AN THIEN LE aka ANDREW LE, | § | CIVIL ACTION NO. 4:26-CV-1218 |
| PREMIERLINE GROUP, LLC., | § | |
| TUAN THANH HO, HGP USA CORP., | § | |
| HOANG GIA PEARL, JSC., PHUNG | § | |
| BACH DOAN, ESTHER K. LE,  THANH | § | |
| NGA T. TRAN, PRISCILLA T. LE, TAI | § | |
| VAN PHAM aka TONY PHAM, and | § | |
| JOHN NGUYEN, | § | |
| *Defendants.* | § | |

## PLAINTIFF'S  RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Tu Nguyen (aka Nguyen Thanh Tu or NTT), Plaintiff in the above-styled cause and a United States Citizen, is an individual domiciled in and therefore a citizen of Harris County, Texas.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com

By:  /s/   Brian Turner
Brian Turner
State Bar No. 20310450
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via email, on this 27th day of May 2026.

_/s/_  Brian Turner
Brian Turner