

EXHIBIT

B