**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| ATUTA, INC. d/b/a PHO BOLSA TV, | § | |
| VU HOANG LAN, ANDREW LE TV | § | |
| AN THIEN LE aka ANDREW LE, | § | CIVIL ACTION NO. 4:26-CV-1218 |
| PREMIERLINE GROUP, LLC., | § | |
| TUAN THANH HO, HGP USA CORP., | § | |
| HOANG GIA PEARL, JSC., PHUNG | § | |
| BACH DOAN, ESTHER K. LE,  THANH | § | |
| NGA T. TRAN, PRISCILLA T. LE, TAI | § | |
| VAN PHAM aka TONY PHAM, and | § | |
| JOHN NGUYEN, | § | |
|     *Defendants.* | § | |

## <u>PLAINTIFF'S  OBJECTION TO PURPORTED YOUTUBE POSTING</u><br><u>DOCKET NUMBER 40-1</u>

**COMES NOW**, Tu Nguyen (aka Nguyen Thanh Tu or NTT), Plaintiff in the above-styled cause, and files his objection to the purported YouTube posting (the "Purported Posting"), attached as Exhibit HB1 - Docket No. 40-1,   and would respectfully show the Court as follows:

1.      Plaintiff objects to the Purported Posting as it has not been properly authenticated, pursuant to Rule 901 of the Federal Rules of Evidence.

2.      Plaintiff further objects to the Purported Posting as it is of persons not a party to this suit, and is therefore inadmissible hearsay, in violation of Rules 801 and 802 of the Federal Rules of Evidence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Tu Nguyen prays that his objections are granted, and for such other and further relief to which he may be justly entitled, at law or at equity.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com

By: /s/   Brian Turner
Brian Turner
State Bar No. 20310450
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via ECF andvemail, on this 1st day of June 2026.

/s/   Brian Turner
Brian Turner