**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br>    *Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL, JSC., PHUNG<br>BACH DOAN, ESTHER K. LE,  THANH<br>NGA T. TRAN, PRISCILLA T. LE, TAI<br>VAN PHAM aka TONY PHAM, and<br>JOHN NGUYEN,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-1218 |

**<u>ORDER</u>**

On this date, came to be considered Plaintiff's Objections to Defendants Exhibit HB1 – Docket Number 40-1.  After reviewing the Motion, this Court is of the opinion that the Motion should be GRANTED;

IT IS THEREFORE ORDERED that Plaintiff's lack of proper authentication and hearsay objections to Exhibit HB1 – Docket Number 40-1 are GRANTED.

SIGNED this _____ day of June 2026.

By:_____
The Honorable Lee H. Rosenthal
United States District Judge