**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **a/k/a TU NGUYEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:26-CV-1218** |
| | § | |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** | § | |
| **VU HOANG LAN, ANDREW LE TV,** | § | |
| **AN THIEN LE aka ANDREW LE,** | § | |
| **PREMIERLINE GROUP, LLC.,** | § | |
| **TUAN THANH HO, HGP USA CORP.,** | § | |
| **HOANG GIA PEARL, JSC,** | § | |
| **PHUNG BACH DOAN, ESTHER K. LE,** | § | |
| **THANH NGA T. TRAN,** | § | |
| **PRISCILLA T. LE, TAI VAN PHAM a/k/a** | § | |
| **TONY PHAM, and JOHN NGUYEN** | § | |
| | § | |
| *Defendants.* | § | |

---

**ORDER OVERRULING OBJECTIONS TO EXHIBIT HB1 (DKT. 40-1)**

---

THE COURT FINDS THAT:

1. Exhibit HB1 (Dkt. 40-1) is properly authenticated because it was translated by a competent translator who declared under oath that the translation is accurate.

2. By utilizing another person's platform to communicate his personal messages, litigation positions, and legal strategies to the public, Mr. Tu

1

manifested his adoption of both the platform and its broadcaster as a vehicle to speak on his behalf regarding matters related to this litigation.

THE COURT THEREFORE RULES THAT:

1. Plaintiff's objection that Exhibit HB1 lacks authentication is **OVERRULED**.

2. Plaintiff's objection that Exhibit HB1 constitutes inadmissible hearsay is **OVERRULED**.

SIGNED this _____ day of _____, 2026.

_____
**HON. LEE H. ROSENTHAL**
UNITED STATES DISTRICT JUDGE