**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, *Plaintiff,* | § § § § | |
| v. | § § | |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL, JSC., PHUNG BACH DOAN, ESTHER K. LE,  THANH NGA T. TRAN, PRISCILLA T. LE, TAI VAN PHAM aka TONY PHAM, and JOHN NGUYEN, *Defendants.* | § § § § § § § § § § § | CIVIL ACTION NO. 4:26-CV-1218 |

**PLAINTIFF'S  MOTION FOR NEW TRIAL**

**COMES NOW**, Tu Nguyen (aka Nguyen Thanh Tu), Plaintiff in the above-styled cause, and pursuant to Rule 59 of the Federal Rules of Civil Procedure, files his Motion for New Trial, and would respectfully show the Court as follows:

1.     On June 29, 2026, this Court entered its Memorandum Opinion (Docket No. 44) and Final Judgment (Docket No. 45), disposing of this case.

2.     The Honorable Judge Lee H. Rosenthal erred in her Memorandum Opinion and Final Judgment in that there had previously been no adjudication on the merits.  *See Truvillion v. King's Daughters Hospital,* 614 F. 2d 520, 524 (5th Cir. 1980);  *Costello v. United States*, 365 U.S. 265, 285 (1961);  *Semtek International Inc. v. Lockheed Martin Corp.*, 531 U.S. 497, 502-504(2011); and  *Ayers v. Open Sky Capital Bank, et al*, Civ. Action No. H-25-835, United States District Court, S.D. Tex., Houston Division, August 29, 2025.

3.     Plaintiff requests that his Motion for New Trial be GRANTED.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Tu Nguyen respectfully prays that his Motion for New Trial be granted, and for such other and further relief to which this Plaintiff is justly entitled, at law or at equity.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com

By:  /s/  Brian Turner
Brian Turner
State Bar No. 20310450
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via ECF and email, on this 27th day of July 2026.

 /s/  Brian Turner
Brian Turner