## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

NGUYEN THANH TU a/k/a TU NGUYEN,       §
    *Plaintiff,*       §
           §
v.       §
           §
           §
ATUTA, INC. d/b/a PHO BOLSA TV,       §
VU HOANG LAN, ANDREW LE TV       §
AN THIEN LE aka ANDREW LE,       §    CIVIL ACTION NO. 4:26-CV-1218
PREMIERLINE GROUP, LLC.,       §
TUAN THANH HO, HGP USA CORP.,       §
HOANG GIA PEARL, JSC., PHUNG       §
BACH DOAN, ESTHER K. LE,  THANH       §
NGA T. TRAN, PRISCILLA T. LE, TAI       §
VAN PHAM aka TONY PHAM, and       §
JOHN NGUYEN,       §
    *Defendants.*       §

## ORDER

On this date, came to be considered Plaintiff's Motion for New Trial.  After reviewing the

Motion, this Court is of the opinion that the Motion should be GRANTED;

IT IS THEREFORE ORDERED that Plaintiff's Motion for New Trial is in all respects

GRANTED.

SIGNED this _____ day of August 2026.

By:_____
The Honorable Lee H. Rosenthal
United States District Judge