**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br>　　*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL, JSC., PHUNG<br>BACH DOAN, ESTHER K. LE,  THANH<br>NGA T. TRAN, PRISCILLA T. LE, TAI<br>VAN PHAM aka TONY PHAM, and<br>JOHN NGUYEN,<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-1218 |

## NOTICE OF APPEAL

COMES NOW, Plaintiff Nguyen Thanh Tu a/k/a Tu Nguyen. and files his Notice of

Appeal to the United States Court of Appeal for the Fifth Circuit from the Final Judgment entered

in this matter on June 29, 2026.

<div style="margin-left:50%">

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com


By:   /s/   Brian Turner
Brian Turner
State Bar No. 20310450
ATTORNEY FOR PLAINTIFF

</div>

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 29, 2026, a copy of the above and foregoing was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　 /s/   Brian Turner
　　　　　　　　　　　　　　　Brian Turner