**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Nguyen Thanh Tu

*versus*                                              Case Number: 4:26–cv–01218

Atuta, Inc., et al.


## <u>NOTICE OF NON–COMPLIANCE</u>


The appellant (or counsel for the appellant, if represented) has failed to:

   • Submit the DKT13 transcript order form.


Date: August 11, 2026.

Nathan Ochsner, Clerk