**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **Plaintiff,** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION NO. 4:26-CV-1218** |
| | § | |
| **ALTUTA, INC., et al.,** | § | |
| **Defendant.** | § | |

**NOTICE OF APPEARANCE OF APPELLATE COUNSEL**
**AND REQUEST FOR NOTICE**

Please take notice that undersigned counsel and the law firm Coné PLLC appear as appellate counsel for Plaintiff in the above captioned cause, pending before this Court.

The undersigned hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Misty Hataway-Coné
State Bar No. 24032277
Email: misty@conepllc.com
Coné PLLC
2019 Washington Ave., Ste. 201
Houston, TX 77007

This request encompasses all notices, pleadings, correspondence, copies and briefs referred to or contemplated in the Federal Rules of Civil Procedure.

Respectfully submitted,

**CONÉ PLLC**

*/s/ Misty A. Hataway-Coné*
Misty A. Hataway-Coné
State Bar No. 24032277
misty@conepllc.com
2019 Washington Ave., Ste. 201
Houston, TX 77007
Phone: 713-955-2729
Fax: 806-243-5753
**APPELLATE COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure August 11, 2026.

*/s/ Misty A. Hataway-Coné*
**Misty A. Hataway-Coné**