United States Courts
Southern District of Texas
FILED
*September 14, 2026*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 14, 2026
Lyle W. Cayce
Clerk

---

No. 26-20423

---

NGUYEN THANH TU, *also known as* TU NGUYEN,

*Plaintiff—Appellant*,

*versus*

ATUTA, INCORPORATED, *doing business as* PHO BOLSA TV; VU HOANG LAN; ANDREW LE TV; AN THIEN LE, *also known as* ANDREW LE; PREMIERLINE GROUP, L.L.C.; TUAN THANH HO; HGP USA CORPORATION; HOANG GIA PEARL, JSC; ESTHER K. LE; THANH NGA T. TRAN; PRISCILLA T. LE; TAI VAN PHAM, *also known as* TONY PHAM; JOHN NGUYEN; PHUNG BACH DOAN,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:26-CV-1218

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 14, 2026, for want of prosecution. The appellant failed to timely file a transcript order form.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Christy Combel

By: ______________________
Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 14, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 26-20423 Tu v. Atuta
USDC No. 4:26-CV-1218

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

Christy Combel

By: ______________________
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
Mr. Lloyd E. Kelley
Ms. Minh-Tam Tran
Mr. Brian Alan Turner